UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BIOREGENX, INC., et al.,<br><br>    Plaintiffs<br><br>v.<br><br>GLYCOCHECK US, et al.,<br><br>    Defendants | Case No.: 2:25-cv-02071-APG-NJK<br><br>**Order** |

    Plaintiffs Bioregenx, Inc. and Microvascular Health Solutions, LLC move for an ex parte temporary restraining order against the defendants based on their alleged patent, trademark, and copyright infringement. However, the plaintiffs have not explained why they seek the restraining order on an ex parte basis. *See* LR IA 7-2. I therefore will not consider the motion on an ex parte basis. Additionally, to the extent the plaintiffs' citation to Local Rule 7-4 was meant to designate this as an emergency motion, they have not identified the need for emergency treatment or otherwise complied with Local Rule 7-4. Accordingly, I will address this motion in the ordinary course.

    I THEREFORE ORDER the clerk of court to remove the ex parte designation on the motion for temporary restraining order and make the motion and its exhibits publicly available.

    DATED this 28th day of October, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE