**HALL & EVANS, LLC**
ADAM R. KNECHT, ESQ.
Nevada Bar No. 13166
knechta@hallevans.com
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*    \*    \*

| | |
|---|---|
| BIOREGENX, INC., a Nevada corporation; MICROVASCULAR HEALTH SOLUTIONS, LLC, a Delaware limited liability company<br><br>  Plaintiff,<br><br>VS.<br><br>GLYCOCHECK US, a limited liability company; RNL LONEPEAK HOLDINGS, LLC, a limited liability company; HANS VINK BEHEER B.V., a Dutch private limited liability company; GLYCOCALYX RESEARCH INSTITUTE, a limited liability company; GENESIS HEALTH SCIENCES, a limited liability company; Hans Vink, individually and as owner/operator of GLYCOCHECK US; Robert Long, individually and as owner/operator of GLYCOCHECK US,<br><br>  Defendants. | CASE NO.:   2:25-cv-02071<br><br><br>**RULE 7.1-1 CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Local Rule 7.1-1 of the Local Rules of the United States District Court for the District of Nevada, the undersigned, counsel of record for Plaintiffs Bioregenx, Inc. and Microvascular Health Solutions, LLC ("Plaintiffs") hereby submits this Certification and Notice as to Interested Parties.

The undersigned, counsel of record for Plaintiffs, certifies that the following listed

KB/AK/

persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Bioregenx, Inc.

Microvascular Health Solutions, LLC

Knowledge Transfer Funds B.V.

Universiteit Maastricht

Academisch Ziekenhuis Maastricht

Bioregenx, Inc. is the parent corporation of Microvascular Health Solutions, LLC. Bioregenx, Inc. has no parent corporations. No publicly held corporation owns 10% or more of its membership interests or shares of Bioregenx, Inc. or Microvascular Health Solutions, LLC.

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

DATED this 6th day of November 2025.

HALL & EVANS, LLC

*/s/ Adam R. Knecht*
ADAM R. KNECHT, ESQ.
Nevada Bar No. 13166
knechta@hallevans.com
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
Attorneys for Plaintiff

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

2                                        KB/AK/

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, I hereby certify that I am an employee of HALL & EVANS, LLC and that on the 6th Day of November 2025, I served a true and correct copy of the foregoing **RULE 7.1-1 CERTIFICATE OF INTERESTED PARTIES** upon the registered parties, via CM/ECF:

*/s/ Elizabeth L. Ditmore*
An Employee of HALL & EVANS, LLC

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

3                    KB/AK/