**HALL & EVANS, LLC**
ADAM R. KNECHT, ESQ.
Nevada Bar No. 13166
knechta@hallevans.com
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*    \*    \*

| | |
|---|---|
| BIOREGENX, INC., a Nevada corporation; MICROVASCULAR HEALTH SOLUTIONS, LLC, a Delaware limited liability company | CASE NO.:   2:25-cv-02071-APG-NJK |
| Plaintiff, | **APPLICATION FOR ENTRY OF DEFAULT AGAINST GENESIS HEALTH SCIENCES** |
| VS. | |
| GLYCOCHECK US, a limited liability company; RNL LONEPEAK HOLDINGS, LLC, a limited liability company; HANS VINK BEHEER B.V., a Dutch private limited liability company; GLYCOCALYX RESEARCH INSTITUTE, a limited liability company; GENESIS HEALTH SCIENCES, a limited liability company; Hans Vink, individually and as owner/operator of GLYCOCHECK US; Robert Long, individually and as owner/operator of GLYCOCHECK US, | |
| Defendants. | |

Pursuant to FRCP 55(a), Plaintiff BIOREGENX, INC. and MICROVASCULAR HEALTH SOLUTIONS, LLC, by and through undersigned counsel, hereby requests that the Clerk of the Court enter default against Defendant GENESIS HEALTH SCIENCES for failure to plead or otherwise defend in this action as required by law.

In support of this application, Plaintiff states as follows:

1                                        KB/AK/

**1.      Commencement of Action and Service of Process**

Plaintiff commenced this action by filing a Complaint with this Court on October 24, 2025. A summons was issued by the Clerk of the Court on November 7, 2025.

Defendant GENESIS HEALTH SCIENCES was served with the Summons and Complaint on November 12, 2025, as evidenced by the Proof of Service filed with this Court on November 13, 2025. See Fed. R. Civ. P. 4; *Austin v. C & L Trucking, Inc.*, 610 F. Supp. 465(noting the necessity of proper service of process for default judgment).

**2.      Failure to Plead or Otherwise Defend**

Defendant GENESIS HEALTH SCIENCES has failed to file an answer, motion, or any other responsive pleading within the time allowed under Rule 12 of the Federal Rules of Civil Procedure, which is 21 days after service of the Summons and Complaint.  See Fed. R. Civ. P. 12(a)(1)(A)(i); *Austin v. C & L Trucking, Inc.*, 610 F. Supp. 465.

**3.      Declaration in Support of Default**

This application is supported by the attached Declaration of Adam R. Knecht, Esq., which demonstrates that Defendant GENESIS HEALTH SCIENCES has failed to plead or otherwise defend in this action, and that the time for doing so has expired.  See Fed. R. Civ. P. 55(a); *Liberty Ins. Underwriters, Inc. v. Scudier*, 53 F. Supp. 3d 1308.

WHEREFORE, Plaintiff respectfully requests that the Clerk of the Court enter default against Defendant GENESIS HEALTH SCIENCES pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:  January 20, 2025

Hall & Evans, LLC

*/s/ Adam R. Knecht*
ADAM R. KNECHT, ESQ.
Nevada Bar No.  13166
knechta@hallevans.com
1160 North Town Center Drive, Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Plaintiffs*

**HALL & EVANS, LLC**
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

KB/AK/

**HALL & EVANS, LLC**
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to FRCP 5, I hereby certify that I am an employee of HALL & EVANS, LLC and that on the 20th day of January 2025, I served a true and correct copy of the foregoing **APPLICATION FOR ENTRY OF DEFAULT AGAINST GENESIS HEALTH SCIENCES** was mailed via U.S. Mail postage prepaid to the following parties last known address:

Genisis Health Servies
7 South Lone Peak Drive
Alpine, Nevada 84004

*/s/  Elizabeth L. Ditmore*
AN Employee of Hall & Evans, LLC

3                                                    KB/AK/

**DECLARATION OF ADAM R. KNECHT, ESQ. IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT**

I, ADAM KNECHT, ESQ., do hereby swear under penalty of perjury that the following assertions are true to the best of my knowledge and belief as provided to me by client:

1. Affiant is the attorney for Plaintiff, BIOREGENX, INC. and MICROVASCULAR HEALTH SOLUTIONS, LLC, in the above-entitled action, and has made careful investigation in the cause, and has been informed and believes that Defendant, GENESIS HEALTH SCIENCES, is not in military service of the United States, nor an infant, nor an incompetent person;

2. That the Plaintiff filed a Complaint on October 24, 2025.

3. The Summons and Complaint were served upon the Defendant on November 12, 2025.

4. More than twenty-one days has passed since the Complaint was served and no Answer has been filed by the Defendant.

5. That Plaintiff now requests this Court enter default against Defendant GENESIS HEALTH SCIENCES.

Dated this 20th day of January 2026.

/s/ Adam R. Knecht
ADAM KNECHT, ESQ.
Attorney for Plaintiff

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

4                              KB/AK/