Dominica C. Anderson (SBN 2988)
Tyson E. Hafen (SBN 13139)
Ely Markarian (SBN 16108)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV  89106
T: 702.868.2600; F:  702.385.6862
E-Mail:  dcandersonduanemorris.com
        tehafen@duanemorris.com
        emarkarian@duanemorris.com

Attorneys for Defendants
*Genesis Health Sciences, Glycocheck US,*
and *Glycocalyx Research Institute*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BIOREGENX, INC., a Nevada corporation; MICROVASCULAR HEALTH SOLUTIONS, LLC, a Delaware limited liability company<br><br>          Plaintiff,<br><br>          v.<br><br>GLYCOCHECK US, a limited liability company; RNL LONEPEAK HOLDINGS, LLC, a limited liability company; HANS VINK BEHEER B.V., a Dutch private limited liability company; GLYCOCALYX RESEARCH INSTITUTE, a limited liability company; GENESIS HEALTH SCIENCES, a limited liability company; Hans Vink, individually and as owner/operator of GLYCOCHECK US; Robert Long, individually and as owner/operator of GLYCOCHECK US,<br><br>          Defendants. | Case No. 2:25-cv-02071-APG-NJK<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

**TO THE CLERK OF COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Tyson E. Hafen of the law firm of DUANE MORRIS LLP hereby enters an appearance on the record in the above-entitled proceeding on behalf of defendants GENESIS HEALTH SCIENCES, GLYCOCHECK US, and GLYCOCALYX RESEARCH INSTITUTE and requests that notice of all hearings, together with copies of all notices, pleadings, motions, responses and other related material

that are issued or filed in conjunction with these proceedings by the Plaintiff, this Court, or other parties in interest be served on the following:

Tyson E. Hafen
Duane Morris LLP
100 North City Parkway, Suite 1560
Las Vegas, NV  89106
Tel: 702.868.2600; Fax: 702.385.6862
tehafen@duanemorris.com

DATED:  January 30, 2026

**DUANE MORRIS LLP**

By: _/s/ Tyson E. Hafen_
Dominica C. Anderson (SBN 2988)
Tyson E. Hafen (SBN 13139)
Ely Markarian (SBN 16108)

Attorneys for Defendants
*Genesis Health Sciences, Glycocheck US,*
and *Glycocalyx Research Institute*

2
**NOTICE OF APPEARANCE**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2026, I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL** (postage prepaid if by U.S. Mail) and addressed to all parties and counsel as identified on the CM/ECF-generated Notice of Electronic Filing.

 */s/ Janice Reeder*
Janice Reeder, an employee of Duane Morris LLP