Dominica C. Anderson (SBN 2988)
Tyson E. Hafen (SBN 13139)
Ely Markarian (SBN 16108)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV  89106
T: 702.868.2600; F:  702.385.6862
E-Mail:  dcandersonduanemorris.com
        tehafen@duanemorris.com
        emarkarian@duanemorris.com

Attorneys for Defendants
*Genesis Health Sciences, Glycocheck US,*
and *Glycocalyx Research Institute*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BIOREGENX, INC., a Nevada corporation; MICROVASCULAR HEALTH SOLUTIONS, LLC, a Delaware limited liability company<br><br>Plaintiff,<br><br>v.<br><br>GLYCOCHECK US, a limited liability company; RNL LONEPEAK HOLDINGS, LLC, a limited liability company; HANS VINK BEHEER B.V., a Dutch private limited liability company; GLYCOCALYX RESEARCH INSTITUTE, a limited liability company; GENESIS HEALTH SCIENCES, a limited liability company; Hans Vink, individually and as owner/operator of GLYCOCHECK US; Robert Long, individually and as owner/operator of GLYCOCHECK US,<br><br>Defendants. | Case No. 2:25-cv-02071-APG-NJK<br><br>**DEFENDANTS GENESIS HEALTH SCIENCES, GLYCOCHECK US, AND GLYCOCALYX RESEARCH INSTITUTE'S MOTION FOR EXTENSION OF TIME TO RESPOND TO: (1) COMPLAINT [ECF 1]; AND (2) PLAINTIFFS' *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION [ECF 8], AND RESPONSE TO PLAINTIFFS' MOTIONS FOR ENTRY OF CLERK'S DEFAULTS [ECF 18, 20, AND 22]**<br><br>**[FIRST REQUEST]** |

Pursuant to Local Rule IA 6-1, defendants GENESIS HEALTH SCIENCES, GLYCOCHECK US, and GLYCOCALYX RESEARCH INSTITUTE (collectively "Defendants"), by and through their counsel of record, Duane Morris LLP, respectfully request an extension of time to respond to plaintiffs BIOREGENX, INC. and MICROVASCULAR HEALTH SOLUTIONS, LLC'S (collectively "Plaintiffs") complaint, filed on October 24, 2025 [ECF 1] ("Complaint"), and Plaintiffs' *ex parte* motion for temporary restraining order and preliminary injunction, errata filed on October 30, 2025

[ECF 8] ("TRO Motion").  According to the Court's docket, service of the Complaint and TRO Motion was effectuated on Defendants on or around November 12, 2025, making the deadlines to respond to the Complaint and TRO Motion December 3, 2025 and November 28, 2025, respectively.  For the reasons outlined below, Defendants respectfully request an extension of 20 days from today's date, up to and including **February 23, 2026**, to respond to the Complaint and TRO Motion, and further request that the pending motions for entry of clerk's defaults against Defendants [ECF 18, 20, and 22] be denied so this matter may proceed on the merits.

This is Defendants' first request for an extension of these deadlines and is made in good faith and not for the purpose of delay.  Although the deadlines to respond to the Complaint and TRO Motion have already passed, excusable neglect exists for the following reasons: (1) Defendant recently (on January 30, 2026 – 4 days ago) retained the law firm of Duane Morris LLP to represent it in this action and its counsel are investigating the allegations made in the Complaint and TRO Motion and require additional time to complete their investigation and to adequately prepare Defendants' responses considering the complexity of this dispute; (2) Defendants are currently involved in internal governance disputes involving certain of their managers and the removal of managerial access to company systems and records; (3) in December 2025 certain of Defendants' managers engaged in mediation in an effort to resolve certain items in dispute in  this litigation; (4) there is an active AAA arbitration proceeding involving overlapping claims arising from the same nucleus of operative facts at issue in this action, which has been consuming much of Defendants' time and attention; and (5) Defendants are continuing to discuss potential resolution of this action with certain principals of Plaintiffs, directly, and the additional extension of time will permit the parties time to evaluate whether the claims asserted against Defendants can be resolved short of further litigation.

Notably, although Defendants' undersigned counsel has been in communication with Plaintiffs' counsel since January 30, 2026 regarding Defendants' counsel's retention in this action and the possibility of a potential stipulation or unopposed motion to extend the aforementioned deadlines, no such agreement was confirmed prior to this filing, and Defendants  proceeded with filing the instant motion to avoid defaults potentially being entered against them.  To the extent the parties later agree

**REQUEST FOR EXTENSION (FIRST REQUEST)**

on a further extension of time, a stipulation will be submitted for the Court's consideration, accordingly.

DATED:  February 3, 2026                          **DUANE MORRIS LLP**

By: */s/ Tyson E. Hafen*
     Dominica C. Anderson (SBN 2988)
     Tyson E. Hafen (SBN 13139)
     Ely Markarian (SBN 16108)

Attorneys for Defendants
*Genesis Health Sciences, Glycocheck US,*
and *Glycocalyx Research Institute*

REQUEST FOR EXTENSION (FIRST REQUEST)

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2026, I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **DEFENDANTS GENESIS HEALTH SCIENCES, GLYCOCHECK US, AND GLYCOCALYX RESEARCH INSTITUTE'S MOTION FOR EXTENSION OF TIME TO RESPOND TO: (1) COMPLAINT [ECF 1]; AND (2) PLAINTIFFS' *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION [ECF 8] [FIRST REQUEST] AND RESPONSE TO PLAINTIFFS' MOTIONS FOR ENTRY OF CLERK'S DEFAULTS [ECF 18, 20, and 22]** (postage prepaid if by U.S. Mail) and addressed to all parties and counsel as identified on the CM/ECF-generated Notice of Electronic Filing.

 */s/ Janice Reeder*
Janice Reeder, an employee of Duane Morris LLP

**REQUEST FOR EXTENSION (FIRST REQUEST)**