**HALL & EVANS, LLC**
ADAM R. KNECHT, ESQ.
Nevada Bar No.  13166
knechta@hallevans.com
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*       \*       \*

| | |
|---|---|
| BIOREGENX, INC., a Nevada corporation; MICROVASCULAR HEALTH SOLUTIONS, LLC, a Delaware limited liability company | CASE NO.:   2:25-cv-02071-APG-NJK |
| Plaintiff, <br> VS. | **DEFAULT AGAINST RNL LONEPEAK HOLDINGS, LLC** |
| GLYCOCHECK US, a limited liability company; RNL LONEPEAK HOLDINGS, LLC, a limited liability company; HANS VINK BEHEER B.V., a Dutch private limited liability company; GLYCOCALYX RESEARCH INSTITUTE, a limited liability company; GENESIS HEALTH SCIENCES, a limited liability company; Hans Vink, individually and as owner/operator of GLYCOCHECK US; Robert Long, individually and as owner/operator of GLYCOCHECK US, | |
| Defendants. | |

It appearing from the records in the above-entitled action that Summons issued by the Original Complaint filed on October 24, 2025 has been regularly served upon Defendant  RNL LONEPEAK HOLDINGS, LLC,; and it appearing from the affidavit of counsel or Plaintiff and the records herein that Defendant RNL LONEPEAK HOLDINGS, LLC, has failed to plead or otherwise defend in said action as required by said Summons a RNL LONEPEAK HOLDINGS,

1                                                    AK – 21455-3

LLC, and provided by the Federal Rules of Civil Procedure,

Now, therefore, on request of counsel for Plaintiffs, the DEFAULT, as aforesaid, of Defendant RNL LONEPEAK HOLDINGS, LLC, in the above-entitled action is hereby entered.

Date: _____2/11/2026_____

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

Deputy Clerk

**HALL & EVANS, LLC**
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

2

AK – 21455-3