**HALL & EVANS, LLC**
ADAM R. KNECHT, ESQ.
Nevada Bar No. 13166
knechta@hallevans.com
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*    \*    \*

| | |
|---|---|
| BIOREGENX, INC., a Nevada corporation; MICROVASCULAR HEALTH SOLUTIONS, LLC, a Delaware limited liability company<br><br>    Plaintiff,<br>VS.<br><br>GLYCOCHECK US, a limited liability company; RNL LONEPEAK HOLDINGS, LLC, a limited liability company; HANS VINK BEHEER B.V., a Dutch private limited liability company; GLYCOCALYX RESEARCH INSTITUTE, a limited liability company; GENESIS HEALTH SCIENCES, a limited liability company; Hans Vink, individually and as owner/operator of GLYCOCHECK US; Robert Long, individually and as owner/operator of GLYCOCHECK US,<br><br>    Defendants. | CASE NO.:   2:25-cv-02071-APG-NJK<br><br><br>**APPLICATION FOR ENTRY OF DEFAULT AGAINST HANS VINK** |

Pursuant to FRCP 55(a), Plaintiff BIOREGENX, INC. and MICROVASCULAR HEALTH SOLUTIONS, LLC, by and through undersigned counsel, hereby requests that the Clerk of the Court enter default against Defendant HANS VINK, for failure to plead or otherwise defend in this action as required by law.

In support of this application, Plaintiff states as follows:

1

AK – 21455–3

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

**1.      Commencement of Action and Service of Process**

Plaintiff commenced this action by filing a Complaint with this Court on October 24, 2025. A summons was issued by the Clerk of the Court on November 7, 2025.

Defendant HANS VINK, filed a Waiver of the Service of Summons on December 3, 2025. (ECF No. 14); *See* Fed. R. Civ. P. 4; *Austin v. C & L Trucking, Inc.*, 610 F. Supp. 465 (noting the necessity of proper service of process for default judgment).

By filing the Waiver of the Service of Summons, by and through his attorney of record Andria Rae Crisler of Dallas, Texas, Defendant HANS VINK agreed that he must file and serve an answer or a motion under Rule 12 within 60 days from December 3, 2025, which would be February 2, 2025.

**2.      Failure to Plead or Otherwise Defend**

Defendant HANS VINK, has failed to file an answer, motion, or any other responsive pleading within the time allowed under Rule 4 of the Federal Rules of Civil Procedure,  and in accordance with the Waiver of the Service of Summons See Fed. R. Civ. P. 4(d); *Austin v. C & L Trucking, Inc.*, 610 F. Supp. 465.

**3.      Declaration in Support of Default**

This application is supported by the attached Declaration of Adam R. Knecht, Esq., which demonstrates that Defendant HANS VINK, has failed to plead or otherwise defend in this action, and that the time for doing so has expired.  See Fed. R. Civ. P. 55(a); *Liberty Ins. Underwriters, Inc. v. Scudier*, 53 F. Supp. 3d 1308.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

2                                    AK – 21455-3

WHEREFORE, Plaintiff respectfully requests that the Clerk of the Court enter default against Defendant HANS VINK, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: February 11, 2026.

Hall & Evans, LLC

*/s/ Adam R. Knecht*
ADAM R. KNECHT, ESQ.
Nevada Bar No. 13166
knechta@hallevans.com
1160 North Town Center Drive, Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Plaintiffs*

## DECLARATION OF ADAM R. KNECHT, ESQ. IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT

I, ADAM KNECHT, ESQ., do hereby swear under penalty of perjury that the following assertions are true to the best of my knowledge and belief as provided to me by client:

1. Affiant is the attorney for Plaintiff, BIOREGENX, INC. and MICROVASCULAR HEALTH SOLUTIONS, LLC, in the above-entitled action, and has made careful investigation in the cause, and has been informed and believes that Defendant, HANS VINK, is not in military service of the United States, nor an infant, nor an incompetent person;

2. That the Plaintiff filed a Complaint on October 24, 2025.

3. The Summons and Complaint were served upon the Defendant on November 12, 2025.

4. Defendant HANS VINK, by and through his attorney of record Andria Rae Crisler of Dallas, Texas, filed a Waiver of the Service of Summons on December 3, 2025.

5. More than sixty days has passed since the Waiver of the Service of Summons was filed and no Answer has been filed by the Defendant.

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

3                                    AK – 21455-3

6.      That Plaintiff now requests this Court enter default against Defendant HANS VINK.

Dated this 11th day of February 2026.

/s/ *Adam R. Knecht*
ADAM KNECHT, ESQ.
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, I hereby certify that I am an employee of HALL & EVANS, LLC and that on the 11th day of February 2026, I served a true and correct copy of the foregoing **APPLICATION FOR ENTRY OF DEFAULT AGAINST HANS VINK** was mailed via U.S. Mail postage prepaid to the following parties last known address:

**HANS VINK**
**7 South Lone Peak Drive**
**Alpine, Nevada 84004**

/s/ *Elizabeth L. Ditmore*
AN Employee of Hall & Evans, LLC

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

4                                        AK – 21455-3