Dominica C. Anderson (SBN 2988)
Tyson E. Hafen (SBN 13139)
Ely Markarian (SBN 16108)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV  89106
T: 702.868.2600; F:  702.385.6862
E-Mail:  dcandersonduanemorris.com
         tehafen@duanemorris.com
         emarkarian@duanemorris.com

Attorneys for Defendants
*Genesis Health Sciences, Glycocheck US,*
and *Glycocalyx Research Institute*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| BIOREGENX, INC., a Nevada corporation; MICROVASCULAR HEALTH SOLUTIONS, LLC, a Delaware limited liability company<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GLYCOCHECK US, a limited liability company; RNL LONEPEAK HOLDINGS, LLC, a limited liability company; HANS VINK BEHEER B.V., a Dutch private limited liability company; GLYCOCALYX RESEARCH INSTITUTE, a limited liability company; GENESIS HEALTH SCIENCES, a limited liability company; Hans Vink, individually and as owner/operator of GLYCOCHECK US; Robert Long, individually and as owner/operator of GLYCOCHECK US,<br><br>　　　　　Defendants. | Case No. 2:25-cv-02071-APG-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS GENESIS HEALTH SCIENCES, GLYCOCHECK US, AND GLYCOCALYX RESEARCH INSTITUTE TO RESPOND TO: (1) COMPLAINT [ECF 1]; AND (2) PLAINTIFFS' *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION [ECF 8], AND REQUEST FOR STAY OF ENTRY ON PLAINTIFFS' MOTIONS FOR ENTRY OF CLERK'S DEFAULTS [ECF 18, 20, and 22] AGAINST DEFENDANTS**<br><br>**(SECOND REQUEST)** |

Defendants GENESIS HEALTH SCIENCES, GLYCOCHECK US, and GLYCOCALYX RESEARCH INSTITUTE ("Defendants"), by and through their counsel of record, Tyson E. Hafen of the law firm of Duane Morris LLP, and plaintiffs BIOREGENX, INC. and MICROVASCULAR HEALTH SOLUTIONS, LLC ("Plaintiffs," collectively with Defendants, "the Parties"), pursuant to LR IA 6-1 and 6-2, hereby stipulate and agree to permit the **above-referenced Defendants only** an extension of time through **April 30, 2026** to respond to: (1) the complaint, filed on October 24, 2025

[ECF 1] ("Complaint"), served on Defendants on or around November 12, 2025; and (2) Plaintiffs' *ex parte* motion for temporary restraining order and preliminary injunction, errata filed on October 30, 2025 [ECF 8] ("TRO Motion"), served on Defendants on or around November 12, 2025.  The Parties further agree and stipulate that any entry on the pending motions for entry of clerk's defaults against Defendants [ECF 18, 20, and 22] be stayed until **after April 30, 2026**.

This is Defendants' second[1] request for an extension of these deadlines and is made in good faith and not for the purpose of delay.  Although the deadlines to respond to the Complaint and TRO Motion have already passed, Defendants' represent that excusable neglect exists for the following reasons: (1) Defendant recently retained the law firm of Duane Morris LLP to represent it in this action and its counsel are investigating the allegations made in the Complaint and TRO Motion and require additional time to complete their investigation and to adequately prepare Defendants' responses considering the complexity of this dispute; (2) Defendants are currently involved in internal governance disputes involving certain of their managers and the removal of managerial access to company systems and records; (3) in December 2025 certain of Defendants' managers engaged in mediation in an effort to resolve certain items at issue in  this litigation; (4) there is an active AAA arbitration proceeding involving overlapping claims arising from the same nucleus of operative facts at issue in this action, which has been consuming much of Defendants' time and attention; and (5), most importantly, the Parties are actively engaging in discussions pertaining to potential resolution of this action and Defendants' requested extension of time is intended to permit the Parties sufficient time to evaluate whether the claims asserted against Defendants can be resolved short of further litigation.

///

---

[1] Although this is the Parties' first stipulation for extension of time, Defendants' filed a related and still-pending motion for extension of time on February 3, 2026 [ECF 28], which is now moot in light of the instant stipulation.

2

STIPULATION AND ORDER FOR EXTENSION - CASE NO. 2:25-CV-02071-APG-NJK

IT IS SO STIPULATED,

**HALL & EVANS, LLC**

By: /s/ *Adam R. Knecht (w/ premission)*
    Adam R. Knecht (SBN 13166))

Attorneys for Plaintiffs

**DUANE MORRIS LLP**

By:   /s/ *Tyson E. Hafen*
      Dominica C. Anderson (SBN 2988)
      Tyson E. Hafen (SBN 13139)

Attorneys for Defendants
*Genesis Health Sciences, Glycocheck US,*
and *Glycocalyx Research Institute*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE


DATED:_____

3

| From: | Knecht, Adam R. <knechta@hallevans.com> |
|---|---|
| Sent: | Thursday, February 19, 2026 2:44 PM |
| To: | Hafen, Tyson E. |
| Cc: | Reeder, Janice R. |
| Subject: | RE: Bioregenx, Inc., at al. v. Glycocheck, et. al. - 2:25-cv-02071 - Request for Extension |

 First time sender >

Tyson – this looks good and you can electronically sign for me.  Thanks.

**Adam R. Knecht** | Member
knechta@hallevans.com
Tel: 702-982-6800

**Hall & Evans, LLC**
1160 North Town Center Drive, Suite 330
Las Vegas, NV 89144


AZ | CO | ID | IL | MO | MT | NM | NV | UT | WY
website | bio | LinkedIn

Confidentiality Notice: This e-mail and any files transmitted with it are confidential and intended solely for the named addressee(s) of this message and may be subject to attorney-client privilege or work-product protection. If you are not the named addressee, unauthorized use, disclosure or distribution is prohibited; please notify the sender by reply email and destroy all copies of the original message. Our spam protection may prevent any reply e-mail from being delivered. If I have not responded to your email within 48 hours, please contact our office at 303/628-3300. This e-mail and any attachments are believed to be free of viruses and defects, but it is the responsibility of the recipient to ensure that it is virus-free. The sender is not responsible for any loss or damage arising from its use.

**From:** Hafen, Tyson E. <TEHafen@duanemorris.com>
**Sent:** Thursday, February 19, 2026 2:02 PM
**To:** Knecht, Adam R. <knechta@hallevans.com>
**Cc:** Reeder, Janice R. <JRReeder@duanemorris.com>
**Subject:** RE: Bioregenx, Inc., at al. v. Glycocheck, et. al. - 2:25-cv-02071 - Request for Extension

Hi Adam,

Just following up on this.  Thanks.

Tyson

**Tyson E. Hafen**
Attorney

Duane Morris LLP
100 North City Parkway, Suite 1560
Las Vegas, NV 89106-4617
**P:** +1 702 868 2655
**F:** +1 702 993 0722

1