Dominica C. Anderson (SBN 2988)
Tyson E. Hafen (SBN 13139)
Ely Markarian (SBN 16108)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV  89106
T: 702.868.2600; F:  702.385.6862
E-Mail:  dcandersonduanemorris.com
        tehafen@duanemorris.com
        emarkarian@duanemorris.com

Attorneys for Defendants
*Genesis Health Sciences, Glycocheck US,*
and *Glycocalyx Research Institute*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BIOREGENX, INC., a Nevada corporation; MICROVASCULAR HEALTH SOLUTIONS, LLC, a Delaware limited liability company<br><br>Plaintiff,<br><br>v.<br><br>GLYCOCHECK US, a limited liability company; RNL LONEPEAK HOLDINGS, LLC, a limited liability company; HANS VINK BEHEER B.V., a Dutch private limited liability company; GLYCOCALYX RESEARCH INSTITUTE, a limited liability company; GENESIS HEALTH SCIENCES, a limited liability company; Hans Vink, individually and as owner/operator of GLYCOCHECK US; Robert Long, individually and as owner/operator of GLYCOCHECK US,<br><br>Defendants. | Case No. 2:25-cv-02071-APG-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS GENESIS HEALTH SCIENCES, GLYCOCHECK US, AND GLYCOCALYX RESEARCH INSTITUTE TO RESPOND TO: (1) COMPLAINT [ECF 1]; AND (2) PLAINTIFFS' *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION [ECF 8], AND REQUEST FOR STAY OF ENTRY ON PLAINTIFFS' MOTIONS FOR ENTRY OF CLERK'S DEFAULTS [ECF 18, 20, and 22] AGAINST DEFENDANTS**<br><br>**(SECOND REQUEST)** |

Defendants GENESIS HEALTH SCIENCES, GLYCOCHECK US, and GLYCOCALYX RESEARCH INSTITUTE ("Defendants"), by and through their counsel of record, Tyson E. Hafen of the law firm of Duane Morris LLP, and plaintiffs BIOREGENX, INC. and MICROVASCULAR HEALTH SOLUTIONS, LLC ("Plaintiffs," collectively with Defendants, "the Parties"), pursuant to LR IA 6-1 and 6-2, hereby stipulate and agree to permit the **above-referenced Defendants <u>only</u>** an extension of time through **<u>April 30, 2026</u>** to respond to: (1) the complaint, filed on October 24, 2025

[ECF 1] ("Complaint"), served on Defendants on or around November 12, 2025; and (2) Plaintiffs' *ex parte* motion for temporary restraining order and preliminary injunction, errata filed on October 30, 2025 [ECF 8] ("TRO Motion"), served on Defendants on or around November 12, 2025.  The Parties further agree and stipulate that any entry on the pending motions for entry of clerk's defaults against Defendants [ECF 18, 20, and 22] be stayed until **after April 30, 2026**.

This is Defendants' second[1] request for an extension of these deadlines and is made in good faith and not for the purpose of delay.  Although the deadlines to respond to the Complaint and TRO Motion have already passed, Defendants' represent that excusable neglect exists for the following reasons: (1) Defendant recently retained the law firm of Duane Morris LLP to represent it in this action and its counsel are investigating the allegations made in the Complaint and TRO Motion and require additional time to complete their investigation and to adequately prepare Defendants' responses considering the complexity of this dispute; (2) Defendants are currently involved in internal governance disputes involving certain of their managers and the removal of managerial access to company systems and records; (3) in December 2025 certain of Defendants' managers engaged in mediation in an effort to resolve certain items at issue in  this litigation; (4) there is an active AAA arbitration proceeding involving overlapping claims arising from the same nucleus of operative facts at issue in this action, which has been consuming much of Defendants' time and attention; and (5), most importantly, the Parties are actively engaging in discussions pertaining to potential resolution of this action and Defendants' requested extension of time is intended to permit the Parties sufficient time to evaluate whether the claims asserted against Defendants can be resolved short of further litigation.

///

---

[1] Although this is the Parties' first stipulation for extension of time, Defendants' filed a related and still-pending motion for extension of time on February 3, 2026 [ECF 28], which is now moot in light of the instant stipulation.

STIPULATION AND ORDER FOR EXTENSION - CASE NO. 2:25-CV-02071-APG-NJK

IT IS SO STIPULATED,

**HALL & EVANS, LLC**

By: _/s/ Adam R. Knecht (w/ premission)_
    Adam R. Knecht (SBN 13166))

Attorneys for Plaintiffs

**DUANE MORRIS LLP**

By: _/s/ Tyson E. Hafen_
    Dominica C. Anderson (SBN 2988)
    Tyson E. Hafen (SBN 13139)

Attorneys for Defendants
_Genesis Health Sciences, Glycocheck US,_
and _Glycocalyx Research Institute_

**IT IS SO ORDERED:**

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: February 23, 2026

3