ANDREW R. MUEHLBAUER, ESQ.
Nevada Bar No. 10161
SEAN P. CONNELL, ESQ.
Nevada Bar No. 7311
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Ave., Suite 104
Las Vegas, Nevada 89117
Tel.: (702) 330-4505
Fax: (702) 825-0141
andrew@mlolegal.com
sean@mlolegal.com

*Attorneys for* Defendants Robert Long, Hans Vink,
RNL Lonepeak Holdings, LLC, and Hans Vink
Beheer B.V.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BIOREGENEX, INC., a Nevada corporation; MICROVASCULAR HEALTH SOLUTIONS, LLC, a Delaware limited liability company, | CASE NO.: 2:25-cv-02071-APG-NJK |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| v. | |
| GLYCOCHECK US, a limited liability company; RNL LONEPEAK HOLDINGS, LLC, a limited liability company; HANKS VINK BEHEER B.V., a Dutch private limited liability company; GLYCOCALYX RESEARCH INSTITUTE, a limited liability company; GENESIS HEALTH SCIENCES, a limited liability company; Hans Vink, individually and as owner/operator of GLYCOCHECK US; Robert Long, individually and as owner/operator of GLYCOCHECK US, | |
| Defendants. | |

1

**TO THE CLERK OF COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Andrew R. Muehlbauer, Esq. of the law firm of MUEHLBAUER LAW OFFICE, LTD. hereby enters an appearance on the record in the above-entitled proceeding on behalf of Defendants ROBERT LONG, HANS VINK, RNL LONEPEAK HOLDINGS, LLC, and HANS VINK BEHEER B.V., and requests that notice of all hearings, together with copies of all notices, pleadings, motions, responses and other related material that are issued or filed in conjunction with these proceedings by the Plaintiff, this Court, or other parties in interest be served on the following:

Andrew R. Muehlbauer
Muehlbauer Law Office, Ltd.
7915 W. Sahara Ave.
Suite 104
Las Vegas, NV 89117
Tel: 702-335-4505; Fax: 702-825-0141
andrew@mlolegal.com

Dated:  February 26, 2026

**MUEHLBAUER LAW OFFICE, LTD.**

By: _____
ANDREW R. MUEHLBAUER, ESQ.
Nevada Bar No. 10161
SEAN P. CONNELL, ESQ.
Nevada Bar No. 7311
7915 West Sahara Ave., Suite 104
Las Vegas, Nevada 89117
Tel.: (702) 330-4505
Fax: (702) 825-0141
andrew@mlolegal.com
sean@mlolegal.com

*Attorneys for* Defendants Robert Long, Hans Vink, RNL Lonepeak Holdings, LLC, and Hans Vink Beheer B.V.

2

### CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Muehlbauer Law Office LTD., and that on the 26th day of February 2026, pursuant to Rule 5(b) of the Federal Rules of Civil Procedure I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL** (postage prepaid if by U.S. Mail) and addressed to all parties and counsel as identified on the CM/ECF-generated Notice of Electronic Filing.



**An employee of Muehlbauer Law Office, LTD.**