ANDREW R. MUEHLBAUER, ESQ.
Nevada Bar No. 10161
SEAN P. CONNELL, ESQ.
Nevada Bar No. 7311
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117
Telephone: 702.330.4505
Facsimile: 702.825.0141
Email: andrew@mlolegal.com
        sean@mlolegal.com

*Attorneys for* Defendants Robert Long, Hans Vink,
RNL Lonepeak Holdings, LLC, and Hans Vink
Beheer B.V.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BIOREGENX, INC., a Nevada corporation; MICROVASCULAR HEALTH SOLUTIONS, LLC, a Delaware limited liability company,<br><br>                    Plaintiff,<br><br>        v.<br><br>GLYCOCHECK US, a limited liability company; RNL LONEPEAK HOLDINGS, LLC, a limited liability company; HANS VINK BEHEER B.V., a Dutch private limited liability company; GLYCOCALYX RESEARCH INSTITUTE, a limited liability company; GENESIS HEALTH SCIENCES, a limited liability company; Hans Vink, individually and as owner/operator of GLYCOCHECK US; Robert Long, individually and as owner/operator of GLYCOCHECK US,<br><br>                    Defendants. | No.: 2:25-cv-02071-APG-NJK<br><br>**DEFENDANTS ROBERT LONG, RNL LONEPEAK HOLDINGS, LLC, HANS VINK, AND HANS VINK BEHEER B.V.'S ANSWER TO COMPLAINT** |

## ANSWER TO COMPLAINT

COME NOW Defendants ROBERT LONG; RNL LONEPEAK HOLDINGS, LLC; HANS VINK; and HANS VINK BEHEER B.V. (hereinafter collectively "Defendants") by and through their counsel of record, the law firm of Muehlbauer Law Office, Ltd., and file their Answer as follows:

## GENERAL DENIAL

Pursuant to Rule 8(b)(3) of the Federal Rules of Civil Procedure, Defendants deny each and every allegation of the Complaint except those expressly admitted below.

## NATURE OF CASE

1.      Answering Paragraph 1 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

## PARTIES

2.      Answering Paragraph 2 of Plaintiffs' Complaint, Defendants lack knowledge or information sufficient to form a belief as to the truth of this allegation.

3.      Answering Paragraph 3 of Plaintiffs' Complaint, Defendants lack knowledge or information sufficient to form a belief as to the truth of this allegation.

4.      Answering Paragraph 4 of Plaintiffs' Complaint, Defendants admit that GLYCOCHECK US, LLC is organized under the laws of the State of Utah, but deny the remaining allegations contained therein.

5.      Answering Paragraph 5 of Plaintiffs' Complaint, Defendants admit that RNL LONEPEAK HOLDINGS, LLC is organized under the laws of the State of Utah, but deny the remaining allegations contained therein.

6.      Answering Paragraph 6 of Plaintiffs' Complaint, Defendants admit that HANS VINK BEHEER B.V. is organized under the laws of the Netherlands, but deny the remaining allegations contained therein.

1

7. Answering Paragraph 7 of Plaintiffs' Complaint, Defendants admit that GLYCOCALYZ RESEARCH INSTITUTE, LLC is organized under the laws of the State of Utah, but deny the remaining allegations contained therein.

8. Answering Paragraph 8 of Plaintiffs' Complaint, Defendants admit that GENESIS HEALTH SCIENCEs, LLC is organized under the laws of the State of Wyoming, but deny the remaining allegations contained therein.

9. Answering Paragraph 9 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

10. Answering Paragraph 10 of Plaintiffs' Complaint, Defendants admit that HANS VINK is an individual, but deny the remaining allegations contained therein.

11. Answering Paragraph 11 of Plaintiffs' Complaint, Defendants admit that ROBERT LONG is an individual, but deny the remaining allegations contained therein.

12. Answering Paragraph 12 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

## JURISDICTION AND VENUE

13. Answering Paragraph 13 of Plaintiffs' Complaint, Defendants admit that the Complaint asserts claims purporting to be governed by federal patent and trademark statutes, but deny the remaining allegations contained therein.

14. Answering Paragraph 14 of Plaintiffs' Complaint, Defendants admit that the Complaint makes allegations that purport to be invoke federal subject matter jurisdiction, but deny the remaining allegations contained therein.

15. Answering Paragraph 15 of Plaintiffs' Complaint, Defendants admit that the statute referenced contains provisions regarding injunctive relief, but deny the remaining allegations contained therein.

16. Answering Paragraph 16 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

2

17.    Answering Paragraph 17 of Plaintiffs' Complaint, Defendants admit that the Complaint makes claims that purport to invoke federal jurisdiction, but deny the remaining allegations contained therein.

## FACTUAL BACKGROUND

18.    Answering Paragraph 18 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

19.    Answering Paragraph 19 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

20.    Answering Paragraph 20 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

21.    Answering Paragraph 21 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

22.    Answering Paragraph 22 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

23.    Answering Paragraph 23 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

24.    Answering Paragraph 24 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

25.    Answering Paragraph 25 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

26.    Answering Paragraph 26 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

27.    Answering Paragraph 27 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

28.    Answering Paragraph 28 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

29.     Answering Paragraph 29 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

30.     Answering Paragraph 30 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

31.     Answering Paragraph 31 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

32.     Answering Paragraph 32 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

33.     Answering Paragraph 33 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

34.     Answering Paragraph 34 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

35.     Answering Paragraph 35 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

36.     Answering Paragraph 36 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

37.     Answering Paragraph 37 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

38.     Answering Paragraph 38 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

39.     Answering Paragraph 39 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

**COUNT ONE**

**Infringement of the '572 Patent**

40.     Answering Paragraph 40 of Plaintiffs' Complaint, Defendants incorporate their answers contained in Paragraphs 1-39 by reference as though fully set forth herein.

4

41.    Answering Paragraph 41 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

42.    Answering Paragraph 42 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

43.    Answering Paragraph 43 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

44.    Answering Paragraph 44 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

45.    Answering Paragraph 45 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

46.    Answering Paragraph 46 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

47.    Answering Paragraph 47 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

48.    Answering Paragraph 48 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

**COUNT TWO**

**Infringement of the '095 Patent**

49.    Answering Paragraph 49 of Plaintiffs' Complaint, Defendants incorporate their answers contained in Paragraphs 1-48 by reference as though fully set forth herein.

50.    Answering Paragraph 50 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

51.    Answering Paragraph 51 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

52.    Answering Paragraph 52 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

53.     Answering Paragraph 53 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

54.     Answering Paragraph 54 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

55.     Answering Paragraph 55 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

56.     Answering Paragraph 56 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

57.     Answering Paragraph 57 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

## COUNT THREE

### Trademark Infringement in Violation of the Lanham Act, 15 U.S.C. § 1125(a)

58.     Answering Paragraph 58 of Plaintiffs' Complaint, Defendants incorporate their answers contained in Paragraphs 1-57 by reference as though fully set forth herein.

59.     Answering Paragraph 59 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

60.     Answering Paragraph 60 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

61.     Answering Paragraph 61 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

62.     Answering Paragraph 62 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

63.     Answering Paragraph 63 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

64.     Answering Paragraph 64 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

65.    Answering Paragraph 65 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

## COUNT FOUR

### Breach of Contract

66.    Answering Paragraph 66 of Plaintiffs' Complaint, Defendants incorporate their answers contained in Paragraphs 1-65 by reference as though fully set forth herein.

67.    Answering Paragraph 67 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

68.    Answering Paragraph 68 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

69.    Answering Paragraph 69 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

70.    Answering Paragraph 70 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

## COUNT FIVE

### Federal Unfair Competition

71.    Answering Paragraph 71 of Plaintiffs' Complaint, Defendants incorporate their answers contained in Paragraphs 1-70 by reference as though fully set forth herein.

72.    Answering Paragraph 72 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

73.    Answering Paragraph 73 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

74.    Answering Paragraph 74 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

75.    Answering Paragraph 75 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

## COUNT SIX

### Common Law Unfair Competition

76.    Answering Paragraph 76 of Plaintiffs' Complaint, Defendants incorporate their answers contained in Paragraphs 1-75 by reference as though fully set forth herein.

77.    Answering Paragraph 77 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

78.    Answering Paragraph 78 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

79.    Answering Paragraph 79 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

## COUNT SEVEN

### Intentional Interference with Prospective Economic Advantage

80.    Answering Paragraph 80 of Plaintiffs' Complaint, Defendants incorporate their answers contained in Paragraphs 1-79 by reference as though fully set forth herein.

81.    Answering Paragraph 81 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

82.    Answering Paragraph 82 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

83.    Answering Paragraph 83 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

84.    Answering Paragraph 84 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

85.    Answering Paragraph 85 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

86.    Answering Paragraph 86 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

## COUNT EIGHT

### Cybersquatting in Violation of the Lanham Act, 15 U.S.C. § 1125(d)

87.    Answering Paragraph 87 of Plaintiffs' Complaint, Defendants incorporate their answers contained in Paragraphs 1-86 by reference as though fully set forth herein.

88.    Answering Paragraph 88 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

89.    Answering Paragraph 89 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

90.    Answering Paragraph 90 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

91.    Answering Paragraph 91 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

92.    Answering Paragraph 92 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

93.    Answering Paragraph 93 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

94.    Answering Paragraph 94 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

95.    Answering Paragraph 95 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

96.    Answering Paragraph 96 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

## COUNT NINE

### Copyright Infringement

97.    Answering Paragraph 97 of Plaintiffs' Complaint, Defendants incorporate their answers contained in Paragraphs 1-98 by reference as though fully set forth herein.

9

98.     Answering Paragraph 98 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

99.     Answering Paragraph 99 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

100.    Answering Paragraph 100 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

101.    Answering Paragraph 101 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

102.    Answering Paragraph 102 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

103.    Answering Paragraph 103 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

## COUNT TEN

### Intentional Interference with Prospective Business Relationships

104.    Answering Paragraph 104 of Plaintiffs' Complaint, Defendants incorporate their answers contained in Paragraphs 1-103 by reference as though fully set forth herein.

105.    Answering Paragraph 105 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

106.    Answering Paragraph 106 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

107.    Answering Paragraph 107 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

108.    Answering Paragraph 108 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

## COUNT ELEVEN

### Negligent Interference with Prospective Business Relationships

109.    Answering Paragraph 109 of Plaintiffs' Complaint, Defendants incorporate their answers contained in Paragraphs 1-108 by reference as though fully set forth herein.

110.    Answering Paragraph 110 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

111.    Answering Paragraph 111 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

112.    Answering Paragraph 112 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

## COUNT TWELVE

### Piercing the Corporate Veil / Alter Ego Liability

113.    Answering Paragraph 113 of Plaintiffs' Complaint, Defendants incorporate their answers contained in Paragraphs 1-112 by reference as though fully set forth herein.

114.    Answering Paragraph 114 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

115.    Answering Paragraph 115 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

116.    Answering Paragraph 116 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

117.    Answering Paragraph 117 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

## COUNT THIRTEEN

### Knowledge and Willfulness

118.    Answering Paragraph 118 of Plaintiffs' Complaint, Defendants incorporate their answers contained in Paragraphs 1-117 by reference as though fully set forth herein.

119.    Answering Paragraph 119 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

11

120.    Answering Paragraph 120 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

121.    Answering Paragraph 121 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

122.    Answering Paragraph 122 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

123.    Answering Paragraph 123 of Plaintiffs' Complaint, Defendants specifically deny each and every allegation contained therein.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Defendants state that the Plaintiffs fail to state a claim for relief which can be granted.

### SECOND AFFIRMATIVE DEFENSE

Defendants state that Plaintiffs lack standing to bring their Complaint.

### THIRD AFFIRMATIVE DEFENSE

Defendant states that Plaintiffs' claims must be barred because the patent upon which Plaintiffs' claims are based is invalid and/or unenforceable as a matter of law.

### FOURTH AFFIRMATIVE DEFENSE

Defendant state that Plaintiffs' claims are barred because Plaintiff has no evidence, and can produce no evidence, showing any actual infringement occurred.

### FIFTH AFFIRMATIVE DEFENSE

Defendant states that Plaintiffs' claims are barred due to license, consent, and/or exhaustion.

### SIXTH AFFIRMATIVE DEFENSE

Defendant state that Plaintiffs' claims do not show any likelihood of confusion, and therefore Plaintiffs' claims are barred under applicable law.

12

## SEVENTH AFFIRMATIVE DEFENSE

Defendant states that Plaintiffs' claims are barred by the doctrine of fair use.

## EIGHTH AFFIRMATIVE DEFENSE

Defendant states that Plaintiffs' claims are barred by the doctrines of waiver, estoppel, and/or laches.

## NINTH AFFIRMATIVE DEFENSE

Defendant states that Plaintiffs' claim is barred by the doctrine of unclean hands.

## TENTH AFFIRMATIVE DEFENSE

Defendant states that Plaintiffs have failed to mitigate their damages, if any, thereby reducing or barring its recovery.

## ELEVENTH AFFIRMATIVE DEFENSE

Defendant states that the applicable statutes of limitations and/or repose have already passed for Plaintiffs' claims, thereby barring them entirely.

## TWELFTH AFFIRMATIVE DEFENSE

Pursuant to F.R.C.P. 8, as amended, all possible affirmative defenses may not have been alleged herein insofar as sufficient facts were not available for Defendants after reasonable inquiry.

**WHEREFORE**, Defendants pray for:

1. Judgment against Plaintiff;

2. Costs of suit incurred herein, including reasonable attorneys' fees; and

3. Such other and further relief as the Court deems just and proper.

Dated: March 18, 2026

**MUEHLBAUER LAW OFFICE, LTD.**

By: _____
ANDREW R. MUEHLBAUER, ESQ.

13

Nevada Bar No. 10161
SEAN P. CONNELL, ESQ.
Nevada Bar No. 7311
7915 West Sahara Ave., Suite 104
Las Vegas, NV  89117
Tel.: 702-330-4505
Fax: 702-825-0141
andrew@mlolegal.com
sean@mlolegal.com

*Attorneys for* Defendants Robert Long, Hans Vink, RNL Lonepeak Holdings, LLC, and Hans Vink Beheer B.V.

14

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 18, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Witty Huang*
Witty Huang, an employee of Muehlbauer
Law Office, Ltd.

15