ANDREW R. MUEHLBAUER, ESQ.
Nevada Bar No. 10161
SEAN P. CONNELL, ESQ.
Nevada Bar No. 7311
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117
Telephone: 702.330.4505
Facsimile: 702.825.0141
Email: andrew@mlolegal.com
        sean@mlolegal.com

*Attorneys for* Defendants Robert Long, Hans Vink,
RNL Lonepeak Holdings, LLC, and Hans Vink
Beheer B.V.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BIOREGENX, INC., a Nevada corporation; MICROVASCULAR HEALTH SOLUTIONS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GLYCOCHECK US, a limited liability company; RNL LONEPEAK HOLDINGS, LLC, a limited liability company; HANS VINK BEHEER B.V., a Dutch private limited liability company; GLYCOCALYX RESEARCH INSTITUTE, a limited liability company; GENESIS HEALTH SCIENCES, a limited liability company; Hans Vink, individually and as owner/operator of GLYCOCHECK US; Robert Long, individually and as owner/operator of GLYCOCHECK US,<br><br>Defendants. | No.: 2:25-cv-02071-APG-NJK<br><br>**CERTIFICATE OF INTERESTED PARTIES**<br><br>**(Fed. R. Civ. P. 71; Local Rule 7.1-1)** |

Defendants Robert Long, Hans Vink, RNL Lone Peak Holdings, LLC, erroneously sued and served herein as RNL LONEPEAK HOLDINGS, LLC, and Hans VinkBeheer B.V. certify

that, in addition to the named defendant parties in the caption, the following person or entities are the only other potentially interested parties in the outcome of this case:

- ROBERT M LONG TRUST, beneficial owner of RNL LONE PEAK HOLDINGS, LLC.

Other than the above, there are no other known persons or entities interested, or potentially interested, who may therefore have an interest in the outcome of this case. These representations are made to enable judges of the Court to evaluate potential disqualification or recusal.

Dated: March 18, 2026

**MUEHLBAUER LAW OFFICE, LTD.**

By: _____
ANDREW R. MUEHLBAUER, ESQ.
Nevada Bar No. 10161
SEAN P. CONNELL, ESQ.
Nevada Bar No. 7311
7915 West Sahara Ave., Suite 104
Las Vegas, NV  89117
Tel.: 702-330-4505
Fax: 702-825-0141
andrew@mlolegal.com
sean@mlolegal.com

*Attorneys for* Defendants Robert Long, Hans Vink, RNL Lonepeak Holdings, LLC, and Hans Vink Beheer B.V.

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Witty Huang*
Witty Huang, an employee of Muehlbauer
Law Office, Ltd.

2