# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BIOREGENX, INC., et al., | Case No.: 2:25-cv-02071-APG-NJK |
| Plaintiffs | **Order Denying Motion to Extend Time as Moot** |
| v. | [ECF No. 28] |
| GLYCOCHECK US, et al., | |
| Defendants | |

In light of the parties' stipulation (ECF No. 36),

I ORDER that the motion to extend time **(ECF No. 28) is DENIED as moot**.

DATED this 23rd day of March, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE