ANDREW R. MUEHLBAUER, ESQ.
Nevada Bar No. 10161
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117
Telephone: 702.330.4505
Facsimile: (702) 825-0141
Email: andrew@mlolegal.com

LARRY R. LAYCOCK, ESQ. (Utah Bar No. 4868) (*pro hac vice application forthcoming*)
LANDON T. LAYCOCK, ESQ. (Utah Bar No. 17259) (*pro hac vice application forthcoming*)
JOSHUA S. RUPP, ESQ. (Utah Bar No. 12647) (*pro hac vice application forthcoming*)
NOLAN S. ANDREASEN, ESQ. (Utah Bar No. 18599) (*pro hac vice application forthcoming*)
**KIRTON MCCONKIE**
2600 W. Executive Parkway, Suite 400
Lehi, Utah 84043
Telephone: (801) 426-2100
Email: lrlaycock@kmclaw.com; llaycock@kmclaw.com; jrupp@kmclaw.com; nandreasen@kmclaw.com

*Attorneys for Defendants Glycocheck US, RNL Lonepeak Holdings, LLC, Robert Long, Hans Vink, Hans Vink Beheer B.V., Glycocalyx Research Institute, LLC, and Genesis Health Sciences*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BIOREGENX, INC., a Nevada corporation; MICROVASCULAR HEALTH SOLUTIONS, LLC, a Delaware limited liability company, | CASE NO.: 2:25-cv-02071-APG-NJK |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE OF COUNSEL** |
| GLYCOCHECK US, a limited liability company; RNL LONEPEAK HOLDINGS, LLC, a limited liability company; HANS VINK BEHEER B.V., a Dutch private limited liability company; GLYCOCALYX RESEARCH INSTITUTE, a limited liability company; GENESIS HEALTH SCIENCES, a limited liability company; Hans Vink, individually and as owner/operator of GLYCOCHECK US; Robert Long, individually and as owner/operator of GLYCOCHECK US, | |
| Defendants. | |

1

**TO THE CLERK OF COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Andrew R. Muehlbauer, Esq. of the law firm of MUEHLBAUER LAW OFFICE, LTD. hereby enters an appearance on the record in the above-entitled proceeding on behalf of Defendants GLYCOCHECK US, GLYCOCALYX RESEARCH INSTITUTE, and GENESIS HEALTH SCIENCES and requests that notice of all hearings, together with copies of all notices, pleadings, motions, responses and other related material that are issued or filed in conjunction with these proceedings by the Plaintiff, this Court, or other parties in interest be served on the following:

Andrew R. Muehlbauer
Muehlbauer Law Office, Ltd.
7915 W. Sahara Ave.
Suite 104
Las Vegas, NV 89117
Tel: 702-335-4505; Fax: 702-825-0141
andrew@mlolegal.com

Dated:  April 29, 2026

**MUEHLBAUER LAW OFFICE, LTD.**

By: _____
ANDREW R. MUEHLBAUER, ESQ.
Nevada Bar No. 10161
7915 West Sahara Ave., Suite 104
Las Vegas, Nevada 89117
Tel.: (702) 330-4505
Fax: (702) 825-0141
andrew@mlolegal.com

**KIRTON MCCONKIE**

LARRY R. LAYCOCK, ESQ.
Utah Bar No. 4868*
LANDON T. LAYCOCK, ESQ.
Utah Bar No. 17259*
JOSHUA S. RUPP, ESQ.
Utah Bar No. 12647*
NOLAN S. ANDREASEN, ESQ.
Utah Bar No. 18599*
2600 W. Executive Parkway, Suite 400
Lehi, Utah 84043
Telephone: (801) 426-2100

2

Email:lrlaycock@kmclaw.com;
llaycock@kmclaw.com; jrupp@kmclaw.com;
nandreasen@kmclaw.com
*pro hac vice applications forthcoming*


*Attorneys for Defendants* Glycocheck US, RNL
Lonepeak Holdings, LLC, Robert Long, Hans Vink,
Hans Vink Beheer B.V., Glycocalyx Research
Institute, LLC, and Genesis Health Sciences

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2026, a copy of the foregoing was filed electronically utilizing the Court's CM/ECF electronic filing system thereby causing notice and service to all parties and counsel of record. Parties may access this filing through the Court's CM/ECF System.

**An employee of Muehlbauer Law Office, LTD.**