**HALL & EVANS, LLC**
ADAM R. KNECHT, ESQ.
Nevada Bar No. 13166
knechta@hallevans.com
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

BIOREGENX, INC., a Nevada corporation;
MICROVASCULAR HEALTH SOLUTIONS,
LLC, a Delaware limited liability company

    Plaintiff,

VS.

GLYCOCHECK US, a limited liability
company; RNL LONEPEAK HOLDINGS,
LLC, a limited liability company; HANS
VINK BEHEER B.V., a Dutch private limited
liability company; GLYCOCALYX
RESEARCH INSTITUTE, a limited liability
company; GENESIS HEALTH SCIENCES, a
limited liability company; Hans Vink,
individually and as owner/operator of
GLYCOCHECK US; Robert Long,
individually and as owner/operator of
GLYCOCHECK US,

    Defendants.

CASE NO.:   2:25-cv-02071-APG-NJK

**PLAINTIFFS' BIOREGENX, INC.,
AND MICROVASCULAR HEALTH
SOLUTIONS, LLC'S EMERGENCY
MOTION FOR EXTENSION OF
TIME TO REPLY TO RESPONSE
FOR TEMPORARY RESTRAINING
ORDER AND PRELIMINARY
INJUNCTION (ECF NO. 44)**

COMES NOW, Plaintiffs BIOREGENX, INC., and MICROVASCULAR HEALTH

SOLUTIONS, LLC, and respectfully requests an extension of time to file a Reply to Defendants'

Response to Motion for Temporary Restraining Order and Preliminary Injunction (ECF 44), up to

and including, May 8, 2026.

1                          AK/21455-3

In support, Plaintiffs state:

1.      Plaintiffs filed their renewed Motion for Temporary Restraining Order and Preliminary Injunction on April 9, 2026[ECF No. 41] (the "Motion").

2.      Defendants filed their response to the Motion on April 23, 2026[ECF No. 44].

3.      Plaintiffs' counsel has been in trial preparation and trial since April 23, 2026, with trial being conducted on April 27, 2026.

4.      Because of counsel's involvement at trial, Plaintiff requests a brief extension to file a reply in support of its Motion up to and including Friday, May 8, 2026.

5.      Good cause exists to grant the requested extension.

6.      This request is made in good faith and is based on genuine need for additional time.

7.      The requested extension will neither unduly delay the proceedings nor prejudice any party.

8.      Plaintiffs have not previously requested an extension with respect to a responsive pleading.

9.      For these reasons, Plaintiffs request the Court grant them an extension of time, up to and including May 8, 2026, to file their reply brief.

DATED this 29th day of April 2026.

HALL & EVANS, LLC

*/s/ Adam R. Knecht*
ADAM R. KNECHT, ESQ.
Nevada Bar No.  13166
knechta@hallevans.com
1160 North Town Center Drive, Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
Attorneys for Plaintiffs

AK/21455-3

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, I hereby certify that I am an employee of HALL & EVANS, LLC and that on the 29th day of April 2026,  I served a true and correct copy of the foregoing **PLAINTIFFS' BIOREGENX, INC., AND MICROVASCULAR HEALTH SOLUTIONS, LLC'S EMERGENCY MOTION FOR EXTENSION OF TIME TO REPLY TO RESPONSE FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (ECF NO. 44)** upon the registered parties, via CM/ECF, as follows:

ANDREW R. MUEHLBAUER, ESQ. (Nevada Bar No. 10161)
SEAN P. CONNELL, ESQ. (Nevada Bar No. 7311)
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117
Telephone: 702.330.4505
Email: andrew@mlolegal.com; sean@mlolegal.com

LARRY R. LAYCOCK, ESQ. (Utah Bar No. 4868) (*pro hac vice application forthcoming*)
LANDON T. LAYCOCK, ESQ. (Utah Bar No. 17259) (*pro hac vice application forthcoming*)
JOSHUA S. RUPP, ESQ. (Utah Bar No. 12647) (*pro hac vice application forthcoming*)
NOLAN S. ANDREASEN, ESQ. (Utah Bar No. 18599) (*pro hac vice application forthcoming*)
**KIRTON MCCONKIE**
2600 W. Executive Parkway, Suite 400
Lehi, Utah 84043
Telephone: (801) 426-2100
Email: lrlaycock@kmclaw.com; llaycock@kmclaw.com; jrupp@kmclaw.com; nandreasen@kmclaw.com
*Attorneys for Defendants Glycocheck US, RNL Lonepeak Holdings, LLC, Robert Long, Hans Vink, Hans Vink Beheer B.V., Glycocalyx Research Institute, LLC, and Genesis Health Sciences*

/s/ Elizabeth L. Ditmore
AN Employee of Hall & Evans, LLC

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

3                      AK/21455-3