ANDREW R. MUEHLBAUER, ESQ.
Nevada Bar No. 10161
SEAN P. CONNELL, ESQ.
Nevada Bar No. 7311
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117
Telephone: 702.330.4505
Facsimile: 702.825.0141
Email: andrew@mlolegal.com; sean@mlolegal.com

LARRY R. LAYCOCK, ESQ. (Utah Bar No. 4868) (*pro hac vice application pending*)
LANDON T. LAYCOCK, ESQ. (Utah Bar No. 17259) (*pro hac vice application forthcoming*)
JOSHUA S. RUPP, ESQ. (Utah Bar No. 12647) (*pro hac vice application pending*)
NOLAN S. ANDREASEN, ESQ. (Utah Bar No. 18599) (*pro hac vice application forthcoming*)
**KIRTON MCCONKIE**
2600 W. Executive Parkway, Suite 400
Lehi, Utah 84043
Telephone: (801) 426-2100
Email: lrlaycock@kmclaw.com; llaycock@kmclaw.com; jrupp@kmclaw.com;
nandreasen@kmclaw.com

*Attorneys for Defendants GlycoCheck US, LLC, RNL Lone Peak Holdings, LLC, Robert Long, Hans Vink, Hans Vink Beheer B.V., GlycoCalyx Research Institute, LLC, and Genesis Health Sciences LLC*0

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BIOREGENX, INC., a Nevada corporation; MICROVASCULAR HEALTH SOLUTIONS, LLC, a Delaware limited liability company, | No.:   2:25-cv-02071-APG-NJK |
| Plaintiffs, | **NOTICE OF JOINDER IN AND/OR INCORPORATION OF DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |
| v. | |
| GLYCOCHECK US, a limited liability company; RNL LONEPEAK HOLDINGS, LLC, a limited liability company; HANS VINK BEHEER B.V., a Dutch private limited liability company; GLYCOCALYX RESEARCH INSTITUTE, a limited liability company; GENESIS HEALTH SCIENCES, a limited liability company; Hans Vink, individually and as owner/operator of GLYCOCHECK US; Robert Long, individually and as owner/operator of GLYCOCHECK US, | |
| Defendants. | |

To the extent it is not already clear, and out of an abundance of caution, and pursuant, in part, to the Court's February 23, 2026 *Stipulation and Order for Extension of Time for Defendants Genesis Health Sciences, GlycoCheck US, and GlycoCalyx Research Institute to Respond to: (1) Complaint [ECF 1]; and (2) Plaintiffs' Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction [ECF 8], and Request for Stay of Entry on Plaintiffs' Motions for Entry of Clerk's Defaults [ECF 18, 20, and 22] Against Defendants* (Dkt. No. 36, the "Order"), Defendants GlycoCheck US, LLC, GlycoCalyx Research Institute, LLC, and Genesis Health Sciences LLC, together with Defendants RNL Lone Peak Holdings, LLC, Robert Long, Hans Vink, and Hans Vink Beheer B.V. (all of the foregoing, collectively, "Defendants"), by and through their counsel of record, hereby respectfully submit this Notice of Joinder in and/or Incorporation of (the "Notice of Joinder and Incorporation") the *Memorandum in Opposition to Plaintiffs BioRegenex, Inc. and Microvascular Health Solutions, LLC's* (collectively, "Plaintiffs") *Renewed Motion for Temporary Restraining Order and Preliminary Injunction* filed at Docket Entry No. 44 (Dkt. No. 44, the "Opposition") in response to Plaintiffs' substantively identical (a) original Ex-Parte Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. No. 4), (b) *Motion for Temporary Restraining Order and Preliminary Injunction* (Dkt. No. 7), (c) *Motion for Temporary Restraining Order and Preliminary Injunction* (Dkt. No. 8), and/or (d) *Renewed Motion for Temporary Restraining Order and Preliminary Injunction* (Dkt. No. 41) (collectively, the "TRO Motion").

To the extent it is not already clear, and out of an abundance of caution, Defendants GlycoCheck US, LLC, GlycoCalyx Research Institute, LLC, and Genesis Health Sciences LLC hereby adopt and incorporate all arguments, authorities, and points set forth in the Opposition in response to Plaintiffs' TRO Motion, noting that the Court's Order extended Defendants

1

GlycoCheck US, LLC, GlycoCalyx Research Institute, LLC, and Genesis Health Sciences LLC's deadline to respond to the TRO Motion until and including April 30, 2026.  This Notice of Joinder is made pursuant to Federal Rule of Civil Procedure 7(b) and is filed subsequent to the above-referenced Opposition.

For all of the reasons set forth in the Opposition, the Court should deny Plaintiffs' TRO Motion.  Plaintiffs are not entitled to preliminary injunctive relief from the outset.

Dated: April 30, 2026

**MUEHLBAUER LAW OFFICE, LTD.**

By: _____
ANDREW R. MUEHLBAUER, ESQ.
Nevada Bar No. 10161
SEAN P. CONNELL, ESQ.
Nevada Bar No. 7311
7915 West Sahara Ave., Suite 104
Las Vegas, NV  89117
Tel.: 702-330-4505
Fax: 702-825-0141
andrew@mlolegal.com
sean@mlolegal.com

**KIRTON MCCONKIE**

LARRY R. LAYCOCK, ESQ.
Utah Bar No. 4868*
LANDON T. LAYCOCK, ESQ.
Utah Bar No. 17259*
JOSHUA S. RUPP, ESQ.
Utah Bar No. 12647*
NOLAN S. ANDREASEN, ESQ.
Utah Bar No. 18599*
2600 W. Executive Parkway, Suite 400
Lehi, Utah 84043
Telephone: (801) 426-2100
Email:lrlaycock@kmclaw.com;
llaycock@kmclaw.com; jrupp@kmclaw.com;
nandreasen@kmclaw.com
*pro hac vice applications pending or forthcoming

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2026, a copy of the foregoing was filed electronically utilizing the Court's CM/ECF electronic filing system thereby causing notice and service to all parties and counsel of record. Parties may access this filing through the Court's CM/ECF System.

/s/ *Andrew R. Muehlbauer, Esq.*
Andrew R. Muehlbauer, Esq.
Muehlbauer Law Office, Ltd.

3