**HALL & EVANS, LLC**
ADAM R. KNECHT, ESQ.
Nevada Bar No. 13166
knechta@hallevans.com
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*      \*      \*

|  |  |
|---|---|
| BIOREGENX, INC., a Nevada corporation; MICROVASCULAR HEALTH SOLUTIONS, LLC, a Delaware limited liability company<br><br>        Plaintiff,<br><br>VS.<br><br>GLYCOCHECK US, a limited liability company; RNL LONEPEAK HOLDINGS, LLC, a limited liability company; HANS VINK BEHEER B.V., a Dutch private limited liability company; GLYCOCALYX RESEARCH INSTITUTE, a limited liability company; GENESIS HEALTH SCIENCES, a limited liability company; Hans Vink, individually and as owner/operator of GLYCOCHECK US; Robert Long, individually and as owner/operator of GLYCOCHECK US,<br><br>        Defendants. | CASE NO.:   2:25-cv-02071-APG-NJK<br><br>**NOTICE OF WITHDRAWAL OF (ECF 46) PLAINTIFFS' BIOREGENX, INC., AND MICROVASCULAR HEALTH SOLUTIONS, LLC'S EMERGENCY MOTION FOR EXTENSION OF TIME TO REPLY TO RESPONSE FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (ECF NO. 44)** |

. . .

. . .

. . .

. . .

1                                    AK/21455-3

**NOTICE OF WITHDRAWAL OF (ECF 46) PLAINTIFFS' BIOREGENX, INC., AND MICROVASCULAR HEALTH SOLUTIONS, LLC'S EMERGENCY MOTION FOR EXTENSION OF TIME TO REPLY TO RESPONSE FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (ECF NO. 44)**

COMES NOW, Plaintiffs BIOREGENX, INC., and MICROVASCULAR HEALTH SOLUTIONS, LLC, and respectfully requests that the motion filed on April 29, 2026 (ECF46) be withdrawn. Plaintiffs filed their reply timely.

DATED this 4th day of May 2026.

HALL & EVANS, LLC

*/s/ Adam R. Knecht*
ADAM R. KNECHT, ESQ.
Nevada Bar No.  13166
knechta@hallevans.com
1160 North Town Center Drive, Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
Attorneys for Plaintiffs

**HALL & EVANS, LLC**
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

2                                    AK/21455-3

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, I hereby certify that I am an employee of HALL & EVANS, LLC and that on the 29th day of April 2026, I served a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF (ECF 46) PLAINTIFFS' BIOREGENX, INC., AND MICROVASCULAR HEALTH SOLUTIONS, LLC'S EMERGENCY MOTION FOR EXTENSION OF TIME TO REPLY TO RESPONSE FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (ECF NO. 44)** upon the registered parties, via CM/ECF, as follows:

ANDREW R. MUEHLBAUER, ESQ. (Nevada Bar No. 10161)
SEAN P. CONNELL, ESQ. (Nevada Bar No. 7311)
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117
Telephone: 702.330.4505
Email: andrew@mlolegal.com; sean@mlolegal.com

LARRY R. LAYCOCK, ESQ. (Utah Bar No. 4868) (*pro hac vice application forthcoming*)
LANDON T. LAYCOCK, ESQ. (Utah Bar No. 17259) (*pro hac vice application forthcoming*)
JOSHUA S. RUPP, ESQ. (Utah Bar No. 12647) (*pro hac vice application forthcoming*)
NOLAN S. ANDREASEN, ESQ. (Utah Bar No. 18599) (*pro hac vice application forthcoming*)
**KIRTON MCCONKIE**
2600 W. Executive Parkway, Suite 400
Lehi, Utah 84043
Telephone: (801) 426-2100
Email: lrlaycock@kmclaw.com; llaycock@kmclaw.com; jrupp@kmclaw.com; nandreasen@kmclaw.com
*Attorneys for Defendants Glycocheck US, RNL Lonepeak Holdings, LLC, Robert Long, Hans Vink, Hans Vink Beheer B.V., Glycocalyx Research Institute, LLC, and Genesis Health Sciences*

/s/ Elizabeth L. Ditmore
AN Employee of Hall & Evans, LLC

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

AK/21455-3