**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| BIOREGENX, INC., et al., | Case No. 2:25-cv-02071-APG-NJK |
| Plaintiffs, | **Order** |
| v. | |
| GLYCOCHECK US, et al., | |
| Defendants. | |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). *See* Docket No. 38.  A joint discovery plan must be filed by May 11, 2026.

IT IS SO ORDERED.

Dated: May 4, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1