# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BIOREGENX, INC., et al.,

    Plaintiffs

v.

GLYCOCHECK US, et al.,

    Defendants

Case No.: 2:25-cv-02071-APG-NJK

**Order Setting Hearing on Motion for Temporary Restraining Order**

[ECF Nos. 4, 7]

I will conduct a hearing on the plaintiffs' motion for a Temporary Restraining Order (ECF Nos. 4, 7) on **Thursday, May 13, 2026 at 3:00 p.m.** in Las Vegas courtroom 6C. Counsel are limited to 10 minutes of argument per side. The parties should also be prepared to discuss a discovery plan and timing for a preliminary injunction hearing.

DATED this 8th day of May, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE