# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BIOREGENX, INC, a Nevada Corporation;
MICROVASCULAR HEALTH SOLUTIONS,
LLC, a Delaware limited liability company,

                Plaintiffs,

vs.

GLYCOCHECK US, a limited liability company;
RNL LONEPEAK HOLDINGS, LLC, a limited
liability company; HANS VINK BEHEER, B.V., a
Dutch private limited liability company;
GLYCOCALYX RESEARCH INSTITUTE, a
limited liability company; GENESIS HEALTH
SCIENCES, a limited liability company; HANS
VINK, individually and as owner/operator of
Glycocheck US; ROBERT LONG, individually and
as owner/operator of Glycocheck US,

                Defendants.

Case No.: 2:25-cv-02071-APG-NJK

**ORDER GRANTING**
**SUBSTITUTION OF COUNSEL**

## SUBSTITUTION OF COUNSEL

Defendants Genesis Health Sciences, LLC, Glycocheck US, and Glycocalyx Research Institute, hereby substitute Alexander K. Calaway, Esq. and Jared M. Moser, Esq. of the law firm of Marquis Aurbach, 10001 Park Run Drive, Las Vegas, Nevada 89145, telephone number 702-382-0711 as attorneys of record in place and stead of Dominica C. Anderson, Esq., Tyson E. Hafen, Esq., and Ely Markarian, Esq. of the law firm of Duane Morris, LLP, in the above-entitled action.

///

Page 1

MAC: 18356-001 (#6387444.3)

I hereby CONSENT to the above substitution.

Dated this 13th day of May, 2026.

**GENESIS HEALTH SCIENCES, LLC**

By: *Vern Boersma*
Vern Boersma, Manager

By: *Steve Adams*
Steven Adams, Manager

**GLYCOCHECK US**

By: *Vern Boersma*
Vern Boersma, Manager

By: *Steve Adams*
Steven Adams, Manager

**GLYCOCALYX RESEARCH INSTITUTE**

By: *Vern Boersma*
Vern Boersma, Manager

By: *Steve Adams*
Steven Adams, Manager

I hereby CONSENT to the above and foregoing substitution.

Dated this 13th day of May, 2026.

DUANE MORRIS LLP (current counsel)

By: *Tyson E. Hafen*
Dominica C. Anderson, Esq.
Nevada Bar No. 2988
Tyson E. Hafen, Esq.
Nevada Bar No. 13139
Ely Markarian, Eq.
Nevada Bar No. 16108
100 North City Parkway, Suite 1560
Las Vegas, NV 89106

MAC: 18356-001 (#6387444.3)

I am admitted to practice in this District and hereby ACCEPT the above and foregoing substitution as attorney for Defendants Genesis Health Sciences, LLC, Glycocheck US, and Glycocalyx Research Institute, and in the above-entitled action.

Dated this 13th day of May, 2026.

MARQUIS AURBACH (retained new counsel)

By: _Alexander K. Calaway_

DocuSigned by:
EEDF05D9EB594DD...

Alexander K. Calaway, Esq.
Nevada Bar No. 15188
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendants Glycocheck US,*
*Glycocalyx Research Institute, Genesis Health*
*Sciences, LLC*

**APPROVED**

_____
Nancy J. Koppe
United States Magistrate Judge

Dated: May 14, 2026

Page 3