**HALL & EVANS, LLC**
ADAM R. KNECHT, ESQ.
Nevada Bar No. 13166
knechta@hallevans.com
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

BIOREGENX, INC., a Nevada corporation;
MICROVASCULAR HEALTH SOLUTIONS,
LLC, a Delaware limited liability company

    Plaintiff,

VS.

GLYCOCHECK US, a limited liability
company; RNL LONEPEAK HOLDINGS,
LLC, a limited liability company; HANS
VINK BEHEER B.V., a Dutch private limited
liability company; GLYCOCALYX
RESEARCH INSTITUTE, a limited liability
company; GENESIS HEALTH SCIENCES, a
limited liability company; Hans Vink,
individually and as owner/operator of
GLYCOCHECK US; Robert Long,
individually and as owner/operator of
GLYCOCHECK US,

    Defendants.

CASE NO.:   2:25-cv-02071-APG-NJK

**STIPULATION AND ORDER TO EXTEND THE TIME FOR PLAINTIFFS TO FILE AN OPPOSITION TO (1) DEFENDANTS' CONSOLIDATED MOTION TO SET ASIDE DEFAULTS AND OPPOSITION TO MOTIONS FOR ENTRY OF DEFAULT AND (2) CERTAIN DEFENDANTS' RULE 15(a)(2) MOTION FOR LEAVE TO FILE AMENDED ANSWER TO COMPLAINT AND COUNTERCLAIMS**

    **IT IS HEREBY STIPULATED AND AGREED**, by all parties, by and through their respective counsel of record, that the deadlines for Plaintiff to file opposition memoranda to (1) Defendants' Consolidated Motion to Set Aside Defaults and Opposition to Motions for Entry of Default [ECF No. 52] and (2) Certain Defendants' Rule 15(a)(2) Motion for Leave to File

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

1

KB/AK/

Amended Answer to Complaint and Counterclaims [ECF No. 50], currently due May 14, 2026, **shall both be extended to May 25, 2026.**

The parties agreed to extend the relevant deadlines for Plaintiffs oppositions to (1) Defendants' Consolidated Motion to Set Aside Defaults and Opposition to Motions for Entry of Default [ECF No. 52] and (2) Certain Defendants' Rule 15(a)(2) Motion for Leave to File Amended Answer to Complaint and Counterclaims [ECF No. 50]. Good cause exists for this request to allow the parties' resources to be focused on preparing for the upcoming May 21st hearing on plaintiffs' motion for temporary restraining order and preliminary injunction and in view of the purported appearance of additional counsel on behalf of certain defendants. Owing to these circumstances, Plaintiffs require additional time to adequately prepare their filings.. Aligning the briefing deadlines for these motions will further promote efficiency for all parties and conserve judicial resources.

This requested extension is made in good faith, and not for the purposes of delay.

| DATED this 14th of May 2026. | DATED this 14th of May 2026. |
|---|---|
| **HALL EVANS, LLC** | **MUEHLBAUER LAW OFFICE, LTD.** |
| **/s/ Adam R. Knecht** <br> Adam R. Knecht, Esq. <br> Tanya M. Fraser, Esq. <br> 1160 North Town Center Dr., Suite 330 <br> Las Vegas, Nevada 89144 <br> knechta@hallevans.com | **/s/ Joshua Rupp** <br> ANDREW R. MUEHLBAUER, ESQ. <br> (Nevada Bar No. 10161) <br> SEAN P. CONNELL, ESQ. <br> (Nevada Bar No. 7311) <br> 7915 West Sahara Avenue, Suite 104 <br> Las Vegas, Nevada 89117 <br> Telephone: 702.330.4505 <br> Email: andrew@mlolegal.com; <br> sean@mlolegal.com <br><br> LARRY R. LAYCOCK, ESQ. (Utah Bar No. 4868) (*pro hac vice application forthcoming*) <br> LANDON T. LAYCOCK, ESQ. (Utah Bar No. 17259) (*pro hac vice application forthcoming*) <br> JOSHUA S. RUPP, ESQ. (Utah Bar No. |

HALL & EVANS, LLC <br> 1160 North Town Center Drive <br> Suite 330 <br> Las Vegas, Nevada 89144 <br> (702) 998-1022

KB/AK/

DATED this 14th of May 2026.

**MARQUIS AURBACH**

**/s/ Alexander K. Calaway**
Alexander K. Calaway, Esq. (Nevada Bar No. 15188)
Jared M. Moser, Esq. (Nevada Bar No. 13003)
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
acalaway@maclaw.com
jmoster@maclaw.com
*Attorneys for Defendants*
*Genesis Health Sciences, LLC,*
*Glycocheck US, and Glycocalyx Research Institute*

12647) (*pro hac vice application forthcoming*)
NOLAN S. ANDREASEN, ESQ. (Utah Bar No. 18599) (*pro hac vice application forthcoming*)
**KIRTON MCCONKIE**
2600 W. Executive Parkway, Suite 400
Lehi, Utah 84043
Telephone: (801) 426-2100
Email: lrlaycock@kmclaw.com;
llaycock@kmclaw.com; jrupp@kmclaw.com;
nandreasen@kmclaw.com
*Attorneys for Defendants Glycocheck US, RNL Lonepeak Holdings, LLC, Robert Long, Hans Vink, Hans Vink Beheer B.V., Glycocalyx Research Institute, LLC, and Genesis Health Sciences*

## <u>ORDER</u>

IT IS ORDERD that the deadlines for Plaintiffs to file opposition memoranda to (1) Defendants' Consolidated Motion to Set Aside Defaults and Opposition to Motions for Entry of Default [ECF No. 52] and (2) Certain Defendants' Rule 15(a)(2) Motion for Leave to File Amended Answer to Complaint and Counterclaims [ECF No. 50], currently due May 14, 2026, are hereby extended to May 25, 2026.

_____
United States Magistrate Judge

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

3                                                          KB/AK/

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, I hereby certify that I am an employee of HALL & EVANS, LLC and that on the 14th day of May 2026, I served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND THE TIME FOR PLAINTIFFS TO FILE AN OPPOSITION TO (1) DEFENDANTS' CONSOLIDATED MOTION TO SET ASIDE DEFAULTS AND OPPOSITION TO MOTIONS FOR ENTRY OF DEFAULT AND (2) CERTAIN DEFENDANTS' RULE 15(a)(2) MOTION FOR LEAVE TO FILE AMENDED ANSWER TO COMPLAINT AND COUNTERCLAIMS** upon the registered parties, via CM/ECF, as follows:

**MARQUIS AURBACH**
Alexander K. Calaway, Esq. (Nevada Bar No. 15188)
Jared M. Moser, Esq. (Nevada Bar No. 13003)
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
acalaway@maclaw.com
jmoster@maclaw.com
*Attorneys for Defendants*
*Genesis Health Sciences, LLC,*
*Glycocheck US, and Glycocalyx Research Institute*

ANDREW R. MUEHLBAUER, ESQ. (Nevada Bar No. 10161)
SEAN P. CONNELL, ESQ. (Nevada Bar No. 7311)
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117
Telephone: 702.330.4505
Email: andrew@mlolegal.com; sean@mlolegal.com

LARRY R. LAYCOCK, ESQ. (Utah Bar No. 4868) (*pro hac vice application forthcoming*)
LANDON T. LAYCOCK, ESQ. (Utah Bar No. 17259) (*pro hac vice application forthcoming*)
JOSHUA S. RUPP, ESQ. (Utah Bar No. 12647) (*pro hac vice application forthcoming*)
NOLAN S. ANDREASEN, ESQ. (Utah Bar No. 18599) (*pro hac vice application forthcoming*)
**KIRTON MCCONKIE**
2600 W. Executive Parkway, Suite 400
Lehi, Utah 84043
Telephone: (801) 426-2100
Email: lrlaycock@kmclaw.com; llaycock@kmclaw.com; jrupp@kmclaw.com; nandreasen@kmclaw.com

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

4                                        KB/AK/

*Attorneys for Defendants Glycocheck US, RNL Lonepeak Holdings, LLC, Robert Long, Hans Vink, Hans Vink Beheer B.V., Glycocalyx Research Institute, LLC, and Genesis Health Sciences*

<u>*/s/ Elizabeth L. Ditmore*</u>
AN Employee of Hall & Evans, LLC

**HALL & EVANS, LLC**
**1160 North Town Center Drive**
**Suite 330**
**Las Vegas, Nevada 89144**
**(702) 998-1022**

5                                    KB/AK/