**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*　　\*　　\*

| | |
|---|---|
| BIOREGENX, INC., a Nevada corporation; MICROVASCULAR HEALTH SOLUTIONS, LLC, a Delaware limited liability company | CASE NO.:  2:25-cv-02071-APG-NJK |
| Plaintiff,<br>VS. | |
| GLYCOCHECK US, a limited liability company; RNL LONEPEAK HOLDINGS, LLC, a limited liability company; HANS VINK BEHEER B.V., a Dutch private limited liability company; GLYCOCALYX RESEARCH INSTITUTE, a limited liability company; GENESIS HEALTH SCIENCES, a limited liability company; Hans Vink, individually and as owner/operator of GLYCOCHECK US; Robert Long, individually and as owner/operator of GLYCOCHECK US, | **ORDER GRANTING STIPULATION TO EXTEND THE TIME FOR PLAINTIFFS TO FILE AN OPPOSITION TO (1) DEFENDANTS' CONSOLIDATED MOTION TO SET ASIDE DEFAULTS AND OPPOSITION TO MOTIONS FOR ENTRY OF DEFAULT AND (2) CERTAIN DEFENDANTS' RULE 15(a)(2) MOTION FOR LEAVE TO FILE AMENDED ANSWER TO COMPLAINT AND COUNTERCLAIMS** |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED**, by all parties, by and through their respective counsel of record, that the deadlines for Plaintiff to file opposition memoranda to (1) Defendants' Consolidated Motion to Set Aside Defaults and Opposition to Motions for Entry of Default [ECF No. 52] and (2) Certain Defendants' Rule 15(a)(2) Motion for Leave to File

KB/AK/

Amended Answer to Complaint and Counterclaims [ECF No. 50], currently due May 14, 2026, **shall both be extended to May 25, 2026.**

The parties agreed to extend the relevant deadlines for Plaintiffs oppositions to (1) Defendants' Consolidated Motion to Set Aside Defaults and Opposition to Motions for Entry of Default [ECF No. 52] and (2) Certain Defendants' Rule 15(a)(2) Motion for Leave to File Amended Answer to Complaint and Counterclaims [ECF No. 50]. Good cause exists for this request to allow the parties' resources to be focused on preparing for the upcoming May 21st hearing on plaintiffs' motion for temporary restraining order and preliminary injunction and in view of the purported appearance of additional counsel on behalf of certain defendants. Owing to these circumstances, Plaintiffs require additional time to adequately prepare their filings.. Aligning the briefing deadlines for these motions will further promote efficiency for all parties and conserve judicial resources.

This requested extension is made in good faith, and not for the purposes of delay.

| | |
|---|---|
| DATED this 14th of May 2026. | DATED this 14th of May 2026. |
| **HALL EVANS, LLC** | **MUEHLBAUER LAW OFFICE, LTD.** |
| _/s/ Adam R. Knecht_<br>Adam R. Knecht, Esq.<br>Tanya M. Fraser, Esq.<br>1160 North Town Center Dr., Suite 330<br>Las Vegas, Nevada 89144<br>knechta@hallevans.com | **/s/ Joshua Rupp**<br>ANDREW R. MUEHLBAUER, ESQ.<br>(Nevada Bar No. 10161)<br>SEAN P. CONNELL, ESQ.<br>(Nevada Bar No. 7311)<br>7915 West Sahara Avenue, Suite 104<br>Las Vegas, Nevada 89117<br>Telephone: 702.330.4505<br>Email: andrew@mlolegal.com;<br>sean@mlolegal.com<br><br>LARRY R. LAYCOCK, ESQ. (Utah Bar No. 4868) (_pro hac vice application forthcoming_)<br>LANDON T. LAYCOCK, ESQ. (Utah Bar No. 17259) (_pro hac vice application forthcoming_)<br>JOSHUA S. RUPP, ESQ. (Utah Bar No. |

KB/AK/

| DATED this 14th of May 2026.<br><br>**MARQUIS AURBACH**<br><br><br>**/s/ Alexander K. Calaway**<br>Alexander K. Calaway, Esq. (Nevada Bar No. 15188)<br>Jared M. Moser, Esq. (Nevada Bar No. 13003)<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Telephone: (702) 382-0711<br>acalaway@maclaw.com<br>jmoster@maclaw.com<br>*Attorneys for Defendants*<br>*Genesis Health Sciences, LLC,*<br>*Glycocheck US, and Glycocalyx Research*<br>*Institute* | 12647) (*pro hac vice application forthcoming*)<br>NOLAN S. ANDREASEN, ESQ. (Utah Bar No. 18599) (*pro hac vice application forthcoming*)<br>**KIRTON MCCONKIE**<br>2600 W. Executive Parkway, Suite 400<br>Lehi, Utah 84043<br>Telephone: (801) 426-2100<br>Email: lrlaycock@kmclaw.com;<br>llaycock@kmclaw.com; jrupp@kmclaw.com;<br>nandreasen@kmclaw.com<br>*Attorneys for Defendants Glycocheck US, RNL Lonepeak Holdings, LLC, Robert Long, Hans Vink, Hans Vink Beheer B.V., Glycocalyx Research Institute, LLC, and Genesis Health Sciences* |
|---|---|

## <u>ORDER</u>

IT IS ORDERED that the deadlines for Plaintiffs to file opposition memoranda to (1) Defendants' Consolidated Motion to Set Aside Defaults and Opposition to Motions for Entry of Default [ECF No. 52] and (2) Certain Defendants' Rule 15(a)(2) Motion for Leave to File Amended Answer to Complaint and Counterclaims [ECF No. 50], currently due May 14, 2026, are hereby extended to May 25, 2026.

The parties' stipulation is GRANTED.

_____
United States Magistrate Judge

Dated: May 18, 2026

3

KB/AK/