**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BIOREGENX, INC., a Nevada corporation; MICROVASCULAR HEALTH SOLUTIONS, LLC, a Delaware limited liability company, | CASE NO.: 2:25-cv-02071-APG-NJK |
| Plaintiffs, | **ORDER GRANTING MOTION FOR ANDREW R. MUEHLBAUER ,ESQ. TO WITHDRAW AS COUNSEL FOR DEFENDANTS GLYCOCHECK US, GLYCOCALYX RESEARCH INSTITUTE, LLC, AND GENESIS HEALTH SCIENCES** |
| v. | |
| GLYCOCHECK US, a limited liability company; RNL LONEPEAK HOLDINGS, LLC, a limited liability company; HANS VINK BEHEER B.V., a Dutch private limited liability company; GLYCOCALYX RESEARCH INSTITUTE, a limited liability company; GENESIS HEALTH SCIENCES, a limited liability company; Hans Vink, individually and as owner/operator of GLYCOCHECK US; Robert Long, individually and as owner/operator of GLYCOCHECK US, | |
| Defendants. | |

Pursuant to LR IA 11-6, Andrew R. Muehlbauer hereby moves this Court for entry of an Order granting his request to withdraw as counsel of record for Defendants GLYCOCHECK US, GLYCOCALYX RESEARCH INSTITUTE, LLC, and GENESIS HEALTH SCIENCES (hereinafter "Defendants"), from the above-captioned case. This withdrawal is made based on the statements and ruling of Chief Judge Andrew Gordon during the hearing on Defendants' Emergency Motion to Disqualify Kirton McConkie [ECF 70] ("the Motion") on June 16, 2026. Mr. Muehlbauer

1

requests this withdrawal based on the potential conflicts of interest raised by the Motion and Chief Judge Gordon during the hearing.

Defendants have been, and continue to be, represented in this matter by other attorneys, including but not limited to Alexander K. Calaway of the law firm Marquis & Aurbach, and thus the withdrawal by Andrew R. Muehlbauer, and his law firm of Muehlbauer Law Office, Ltd., will not delay the resolution of the matter or any other proceeding in this case.

Mr. Muehlbauer and his law firm, Muehlbauer Law Office, Ltd., would continue to represent the other defendants in this case, so Mr. Muehlbauer only needs to be removed as counsel of record for the three identified Defendants above.

Dated: June 17, 2026

MUEHLBAUER LAW OFFICE, LTD.

By: _____
ANDREW R. MUEHLBAUER, ESQ.
Nevada Bar No. 10161
7915 West Sahara Ave., Suite 104
Las Vegas, Nevada 89117
Tel.: (702) 330-4505
Fax: (702) 825-0141
andrew@mlolegal.com

*Attorneys for Defendants* Glycocheck US, RNL Lonepeak Holdings, LLC, Robert Long, Hans Vink, Hans Vink Beheer B.V., Glycocalyx Research Institute, LLC, and Genesis Health Sciences

**IT IS SO ORDERED**
Dated: June 24, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

2