# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BIOREGENX, INC., et al.,

    Plaintiffs

v.

GLYCOCHECK US, et al.,

    Defendants

Case No.: 2:25-cv-02071-APG-NJK

**Order**

[ECF No. 93]

The plaintiffs filed an emergency motion to "preserve the status quo" by prohibiting Genesis Health Sciences, LLC from distributing its assets to its members. ECF No. 93.  The motion does not comply with Local Rule 7-4 in several ways.  Primarily, it does not state whether the parties met and conferred about the dispute or explain why such a conference was not practicable. LR 7-4(a)(3).  Moreover, while not styled as a motion for a preliminary injunction, that is the relief it seeks; but the motion does not address the factors required under *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008).

I THEREFORE ORDER the plaintiffs to confer with the receiver and counsel for Genesis to determine whether some interim relief can be agreed upon (e.g., withholding distribution until the August 4, 2026 preliminary injunction hearing).  If so, the parties will file a stipulation about that interim relief.  If the parties do not reach an agreement, the defendants may file a response, if they have any, by July 14, 2026 and the plaintiffs may file a reply by July 16, 2026.

DATED this 9th day of July, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE