**HALL & EVANS, LLC**
ADAM R. KNECHT, ESQ.
Nevada Bar No. 13166
knechta@hallevans.com
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

BIOREGENX, INC., a Nevada corporation; MICROVASCULAR HEALTH SOLUTIONS, LLC, a Delaware limited liability company

Plaintiff,

VS.

GLYCOCHECK US, a limited liability company; RNL LONEPEAK HOLDINGS, LLC, a limited liability company; HANS VINK BEHEER B.V., a Dutch private limited liability company; GLYCOCALYX RESEARCH INSTITUTE, a limited liability company; GENESIS HEALTH SCIENCES, a limited liability company; Hans Vink, individually and as owner/operator of GLYCOCHECK US; Robert Long, individually and as owner/operator of GLYCOCHECK US,

Defendants.

CASE NO.: 2:25-cv-02071-APG-NJK

**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO DEFENDANT'S COUNTERCLAIMS**

Plaintiffs Bioregenx, Inc., And Microvascular Health Solutions, LLC, (collectively, "Plaintiffs"), by and through their counsel of record Hall & Evans, LLC, and Defendants RNL Lone Peak Holdings, LLC ("RNL"); Hans Vink Beheer B.V. ("Vink Beheer"); and individuals Robert Long ("Long") and Hans Vink ("Dr. Vink"), individually and as owners/operators of co-defendant GlycoCheck US, LLC (Defendants RNL, Vink Beheer, Long, and Dr. Vink are



HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

collectively referred to hereinafter as the "Non-Genesis Defendants"), by and through their counsel of record, Kirton McConkie and Muehlbauer Law Office, LTD., and Defendants Genesis Health Sciences LLC ("Genesis"), GlycoCheck US, LLC ("GlycoCheck"), and GlycoCalyx Research Institute, LLC ("GlycoCalyx") (collectively, the "Genesis Defendants," and together with the Non-Genesis Defendants simply the "Defendants"), by and through their counsel of record, Marquis Aurbach. The parties have stipulated and agreed to extend Plaintiffs' deadline to respond to Defendants' Counterclaims by an additional two weeks.

WHEREFORE, good cause exists for the requested extension. Defendants recently asserted counterclaims against Plaintiffs, and Plaintiffs require additional time to evaluate the factual and legal allegations raised in those counterclaims and to prepare their responsive pleading. During the same period, counsel have also been addressing the parties' Rule 26(f) conference and discovery planning, including issues concerning the timing and scope of discovery in light of Plaintiffs' patent infringement claims and the pending motion for reconsideration. The requested two-week extension will permit Plaintiffs sufficient time to prepare their response to the counterclaims while counsel continues to address these case-management issues. The requested extension is made in good faith, is agreed to by all parties, and is not sought for purposes of delay.

...

...

...

...

...

...

...

...

...

...

...

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

Accordingly, the parties stipulate and agree that Plaintiffs' deadline to respond to Defendants' Counterclaims shall be extended by two weeks, through September 23, 2026.

**IT IS SO STIPULATED:**

| | |
|---|---|
| DATED this 10th day of September 2026.<br><br>**HALL & EVANS, LLC**<br><br>**/s/ Adam R. Knecht**<br>ADAM R. KNECHT, ESQ.<br>Nevada Bar No. 13166<br>knechta@hallevans.com<br>1160 North Town Center Drive<br>Suite 330<br>Las Vegas, Nevada 89144<br>(702) 998-1022<br>nvefile@hallevans.com<br>*Attorneys for Plaintiffs*<br><br>CRAIG ALLEN, ESQ.<br>Tenn Bar No. 009088 (Admitted *pro hac vice* )<br>307 Valleybrook Rd.<br>Hixson, TN 37343 | DATED this 11th day of September 2026.<br><br>**MARQUIS AURBACH**<br><br>**/s/ Jared M. Moser**<br>Alexander K. Calaway, Esq.<br>(Nevada Bar No. 15188)<br>Jared M. Moser, Esq.<br>(Nevada Bar No. 13003)<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Telephone: (702) 382-0711<br>acalaway@maclaw.com<br>jmoster@maclaw.com<br>*Attorneys for Defendants Genesis Health Sciences LLC, GlycoCheck US, LLC, and GlycoCalyx Research Institute, LLC*<br><br>**MUEHLBAUER LAW OFFICE, LTD.**<br>ANDREW R. MUEHLBAUER, ESQ.<br>(Nevada Bar No. 10161)<br>SEAN P. CONNELL, ESQ.<br>(Nevada Bar No. 7311)<br>7915 West Sahara Avenue, Suite 104<br>Las Vegas, Nevada 89117<br>Telephone: 702.330.4505<br>Email:andrew@mlolegal.com;<br>sean@mlolegal.com<br>*Attorneys for Defendants RNL Lone Peak Holdings, LLC, Hans Vink Beheer B.V., Robert Long, and Hans Vink* |
| DATED this 11th day of September 2026.<br><br>**KIRTON MCCONKIE**<br><br>**/s/ Joshua S. Rupp**<br>LARRY R. LAYCOCK, ESQ.<br>(Utah Bar No. 4868) (Admitted *pro hac vice* )<br>JOSHUA S. RUPP, ESQ.<br>(Utah Bar No. 12647) (Admitted *pro hac vice* ) | IT IS SO ORDERED.<br>Dated: September 14, 2026<br>.<br>.<br><br>Nancy J. Koppe<br>United States Magistrate Judge |

**HALL & EVANS, LLC**
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

2600 W. Executive Parkway, Suite 400
Lehi, Utah 84043
Telephone: (801) 426-2100
Email:lrlaycock@kmclaw.com;
jrupp@kmclaw.com

*Attorneys for Defendants RNL Lone Peak Holdings, LLC, Hans Vink Beheer B.V., Robert Long, and Hans Vink*

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022