**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BIOREGENX, INC., et al.,

Plaintiffs

v.

GLYCOCHECK US, et al.,

Defendants

Case No.: 2:25-cv-02071-APG-NJK

**Order Reinstating Kirton McConkie as Counsel**

[ECF No. 103]

I previously disqualified the Kirton McConkie law firm from representing defendants Genesis Health Sciences, LLC, GlycoCheck US, and Glycocalyx Research Institute (collectively Genesis) in this matter. ECF No. 86. I based that decision on the conflict of interest resulting from the internal governance dispute among Genesis' managers and Kirton McConkie's participation in an arbitration proceeding involving those managers. Since then, the Genesis owners and managers have resolved their disputes and the arbitration proceeding has been dismissed. In addition, the relevant defendants have apparently executed new engagement agreements with Kirton McConkie and written waivers of all actual or potential conflicts of interest. ECF No. 103 at 3. Therefore, Kirton McConkie moves for permission to represent the parties I had previously disqualified it from representing. ECF No. 103. No one has opposed the motion and it is supported by good cause.

I THEREFORE ORDER that Kirton McConkie's motion **(ECF No. 103) is granted**. My prior order disqualifying the Kirton McConkie law firm from representing defendants Genesis Health Sciences, LLC, GlycoCheck US, and Glycocalyx Research Institute in this matter (ECF No. 86) is rescinded. Kirton McConkie may now represent those parties in this case. The

defendants must file the appropriate stipulation to substitute Kirton McConkie in place of Marquis Aurbach, as required by Local Rule IA 11-6, by October 29, 2026.

DATED this 29th day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE