ANDREW R. MUEHLBAUER, ESQ.
Nevada Bar No. 10161
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117
Telephone: 702.330.4505
Email: andrew@mlolegal.com

*Attorneys for Defendants and Counterclaimants Genesis Health Sciences LLC, GlycoCalyx Research Institute, LLC, GlycoCheck US, LLC, RNL Lonepeak Holdings, LLC, Hans Vink Beheer B.V., Robert Long, and Hans Vink*

[additional counsel on the signature page below]

ALEXANDER K. CALAWAY, ESQ.
Nevada Bar No. 15188
JARED M. MOSER, ESQ.
NV Bar No. 13003
**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: 702-382-0711
Email: acalaway@maclaw.com; jmoser@maclaw.com

*Attorneys for Defendants and Counterclaimants Genesis Health Sciences LLC, GlycoCalyx Research Institute, LLC, and GlycoCheck US, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

BIOREGENX, INC., a Nevada corporation; MICROVASCULAR HEALTH SOLUTIONS, LLC, a Delaware limited liability company,

Plaintiffs and Counterclaim Defendants,

v.

GLYCOCHECK US, a limited liability company; RNL LONEPEAK HOLDINGS, LLC, a limited liability company; HANS VINK BEHEER B.V., a Dutch private limited liability company; GLYCOCALYX RESEARCH INSTITUTE, a limited liability company; GENESIS HEALTH SCIENCES, a limited liability company; Hans Vink, individually and as owner/operator of GLYCOCHECK US; Robert Long, individually and as owner/operator of GLYCOCHECK US,

Defendants and Counterclaimants.

Case No.: 2:25-cv-02071-APG-NJK

The Honorable Judge Andrew P. Gordon

Magistrate Judge Nancy J. Koppe

**SUBSTITUTION OF COUNSEL**

4868-2887-3750.v1

The law firms of Muehlbauer Law Office, Ltd. and Kirton McConkie are hereby substituted in as local counsel of record and lead counsel of record, respectively, for Defendants and Counterclaimants Genesis Health Sciences LLC, GlycoCalyx Research Institute, LLC, and GlycoCheck US, LLC in the above-entitled action, in place and instead of Alexander K. Calaway, Esq. and Jared M. Moser, Esq., of the law firm Marquis Aurbach.

DATED this 7th day of October, 2026. Respectfully submitted,

*/s/ Robert Long**
**GENESIS HEALTH SCIENCES LLC**
By and through Robert Long, President
**e-signed by filer with permission granted via email on October 7, 2026*

*/s/ Robert Long**
**GLYCOCALYX RESEARCH INSTITUTE, LLC**
By and through Robert Long, President
**e-signed by filer with permission granted via email on October 7, 2026*

*/s/ Robert Long**
**GLYCOCHECK US, LLC**
By and through Robert Long, President
**e-signed by filer with permission granted via email on October 7, 2026*

I hereby CONSENT to the above and foregoing substitution.

DATED this 7th day of October, 2026.

Respectfully submitted,

**MARQUIS AURBACH**

By: /s/ Jared M. Moser*
ALEXANDER K. CALAWAY, ESQ.
NV Bar No. 15188
JARED M. MOSER, ESQ.
NV Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Tel.: 702-382-0711
Email: acalaway@maclaw.com; jmoser@maclaw.com
**e-signed by filer with permission granted via email on October 7, 2026*

*Attorneys for Defendants and Counterclaimants Genesis Health Sciences LLC, GlycoCalyx Research Institute, LLC, and GlycoCheck US, LLC*

I hereby ACCEPT the above and foregoing substitution as local counsel for Defendants and Counterclaimants Genesis Health Sciences LLC, GlycoCalyx Research Institute, LLC, and GlycoCheck US, LLC in the above-entitled action.

DATED this 7th day of October, 2026.

Respectfully submitted,

**MUEHLBAUER LAW OFFICE, LTD.**

By: */s/ Andrew R. Muehlbauer*_______
ANDREW R. MUEHLBAUER, ESQ.
Nevada Bar No. 10161
SEAN P. CONNELL, ESQ.
Nevada Bar No. 7311
7915 West Sahara Ave., Suite 104
Las Vegas, NV 89117
Tel.: 702-330-4505
Email: andrew@mlolegal.com;
sean@mlolegal.com

*Attorneys for Defendants and Counterclaimants Genesis Health Sciences LLC, GlycoCalyx Research Institute, LLC, GlycoCheck US, LLC, RNL Lonepeak Holdings, LLC, Hans Vink Beheer B.V., Robert Long, and Hans Vink*

4868-2887-3750.v1

I hereby ACCEPT the above and foregoing substitution as lead counsel for Defendants and Counterclaimants Genesis Health Sciences LLC, GlycoCalyx Research Institute, LLC, and GlycoCheck US, LLC in the above-entitled action.

DATED this 7th day of October, 2026.

Respectfully submitted,

**KIRTON MCCONKIE**

By: *_/s/ Larry R. Laycock*_______
LARRY R. LAYCOCK, ESQ.
Utah Bar No. 4868 (*admitted pro hac vice*)
JOSHUA S. RUPP, ESQ.
Utah Bar No. 12647 (*admitted pro hac vice*)
NOLAN S. ANDREASEN, ESQ.
Utah Bar No. 18599**
2600 W. Executive Parkway, Suite 400
Lehi, Utah 84043
Telephone: (801) 426-2100
Email:lrlaycock@kmclaw.com;
jrupp@kmclaw.com;
nandreasen@kmclaw.com
**e-signed by filer with permission granted via email on October 7, 2026*
***pro hac vice application forthcoming*

*Attorneys for Defendants and Counterclaimants Genesis Health Sciences LLC, GlycoCalyx Research Institute, LLC, GlycoCheck US, LLC, RNL Lonepeak Holdings, LLC, Hans Vink Beheer B.V., Robert Long, and Hans Vink*

**ORDER**

The above Substitution of Counsel is hereby GRANTED.

IT IS SO ORDERED.

_________________________________
DISTRICT COURT JUDGE

DATED: October 8, 2026